| Test # | Subject | Sled End Vel. (ft/sec) | Sled Accel. Plateau (G) | Sled Accel. Peak (G) | Subject Head Accel. Peak (G) | Input Pulse Duration (M-sec) | Sled rate of G onset (G/sec) | Subject rate of G onset (G/sec) | Shoulder Strap Load (lbs) Right | Shoulder Strap Load (lbs) Left | Thigh Strap Load (lbs) Right | Thigh Strap Load (lbs) Left | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | G | 6.9 | 1.9 | 1.9 | 5.0 | 151 | 204 | 263 | 29 | 11 | 84 | 75 | Subject did not participate in rest of program. |
| 2 | F | 6.9 | 1.8 | 1.8 | 4.0 | 150 | 225 | 250 | 30 | 27 | 71 | 62 | Subject did not participate in rest of program. |
| 3 | A | 6.9 | 1.8 | 1.8 | 4.6 | 149 | 257 | 270 | 37 | 26 | 97 | 83 | |
| 4 | B | 6.8 | 1.9 | 1.9 | 5.4 | 150 | 190 | 208 | 26 | 27 | 80 | 88 | |
| 5 | C | 6.9 | 1.8 | 1.8 | 6.0 | 152 | 212 | 261 | 21 | 9 | 108 | 77 | |
| 6 | D | 6.8 | 1.9 | 2.0 | 4.3 | 150 | 292 | 116 | 43 | 40 | 26 | 31 | |
| 7 | E | 6.7 | 1.9 | 1.9 | 4.3 | 150 | 242 | 195 | 23 | 20 | 34 | 17 | |
| 8 | A | 9.6 | 3.2 | 3.2 | 8.4 | 112 | 480 | 550 | 87 | 97 | 84 | 64 | |
| 9 | B | 9.6 | 3.3 | 3.5 | 6.6 | 113 | 425 | 233 | 83 | 61 | 13 | 20 | |
| 10 | C | 9.6 | 3.3 | 3.5 | 8.7 | 112 | 443 | 410 | 90 | 79 | 66 | 45 | |
| 11 | E | 8.5 | 2.8 | 2.8 | 5.2 | 153 | 338 | 217 | 35 | 26 | 60 | 52 | ← Irradic Catapult perf. giving double acceleration pulse. |
| 12 | D | 9.4 | 3.2 | 3.2 | 6.9 | 123 | 325 | 203 | 66 | 62 | 61 | 53 | |
| 13 | A | 10.1 | 3.7 | 4.0 | 9.1 | 128 | 505 | 588 | 60 | 71 | 78 | 65 | ← (see test 11) |
| 14 | B | 11.1 | 4.8 | 4.8 | 5.8 | 100 | 800 | 263 | 96 | 72 | 42 | 39 | |
| 15 | C | 11.1 | 4.4 | 4.7 | 8.9 | 105 | 845 | 268 | 111 | 82 | 38 | 45 | |
| 16 | E | 11.2 | 4.8 | 5.0 | 9.9 | 102 | 820 | 323 | 95 | 86 | 105 | 119 | |
| 17 | D | 11.3 | 4.8 | 5.1 | 9.3 | 98 | 1080 | 295 | 108 | 81 | 90 | 109 | |
| 18 | B | 12.3 | 5.7 | 6.3 | 12.1 | 96 | 1590 | 199 | 127 | 112 | 54 | 55 | |
| 19 | C | 12.3 | 5.7 | 6.1 | 9.9 | 98 | 1550 | 331 | 132 | 117 | 80 | 61 | |
| 20 | D | 12.4 | 5.9 | 6.3 | 9.7 | 97 | 1420 | 210 | 112 | 105 | 157 | 133 | |

TABLE 3 Page 1 - Acceleratic & Load Data

| Test # | Sub-ject | Sled End Vel. (ft/sec) | Sled Accel. Plateau (G) | Sled Accel. Peak (G) | Subject Head Accel. Peak (G) | Input Pulse Duration (M-sec) | Sled rate of G onset (G/sec) | Subject rate of G onset (G/sec) | Shoulder Strap Load (lbs) Right | Shoulder Strap Load (lbs) Left | Thigh Strap Load (lbs) Right | Thigh Strap Load (lbs) Left | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | E | 12.4 | 5.9 | 6.4 | 9.7 | 97 | 1375 | 371 | 112 | 99 | 142 | 93 | |
| 22 | B | 12.9 | 6.4 | 6.4 | 6.7 | 98 | 1140 | 404 | 135 | 121 | 72 | 76 | Irradic catapult performance giving double accel. pulse |
| 23 | C | 13.7 | 6.3 | 6.9 | 13.0 | 85 | 2520 | 472 | 152 | 124 | 114 | 132 | |
| 24 | D | 13.9 | 6.9 | 7.3 | 10.8 | 84 | 2960 | 472 | 132 | 104 | 170 | 167 | |
| 25 | E | 14.0 | 6.9 | 7.6 | 11.2 | 84 | 2760 | 415 | 152 | 120 | 172 | 151 | |
| 26 | B | 14.5 | 8.2 | 8.2 | 11.3 | 84 | 2000 | 180 | 129 | 120 | 103 | 106 | |
| 27 | C | 14.4 | 7.8 | 8.3 | 12.7 | 86 | 1690 | 264 | 157 | 155 | 155 | 202 | |
| 27 | D | 14.4 | 8.2 | 8.6 | 10.6 | 84 | 2280 | 398 | 125 | 120 | 199 | 210 | |
| 29 | E | 14.5 | 8.2 | 8.2 | 13.4 | 83 | 2370 | 618 | 113 | 111 | 206 | 195 | |
| 30 | B | 14.7 | 8.6 | 8.9 | 10.3 | 79 | 2900 | 370 | 145 | 123 | 173 | 191 | |
| 31 | C | 14.4 | 8.0 | 8.5 | 12.1 | 88 | 2110 | 241 | 135 | 124 | 105 | 125 | |
| 32 | D | 14.8 | 8.7 | 8.9 | 10.8 | 84 | 2470 | 402 | 90 | 112 | 197 | 224 | |
| 33 | E | 14.9 | 8.7 | 8.7 | 12.0 | 83 | 3330 | 204 | 113 | 112 | 210 | 189 | |
| 34 | B | 15.9 | 9.5 | 9.9 | 14.0 | 73 | 7500 | 750 | 126 | 110 | 189 | 208 | |
| 35 | C | 15.9 | 9.5 | 9.9 | 18.1 | 72 | 5930 | 855 | 206 | 184 | 189 | 197 | |
| 36 | D | 15.9 | 9.7 | 10.0 | 13.6 | 73 | 6750 | 278 | 133 | 135 | 294 | 266 | |
| 37 | B | 17.0 | 10.7 | 10.7 | 14.9 | 70 | 8140 | 426 | 159 | 170 | 292 | 286 | |
| 38 | D | 17.0 | 10.5 | 11.0 | 15.8 | 70 | 6300 | 465 | 161 | 168 | 310 | 302 | |
| END OF PHASE I | | | | | | | | | | | | | |
| 39 | C | 10.6 | 4.3 | 4.5 | 9.1 | 99 | 1060 | 226 | 85 | 84 | 82 | 72 | Experimen-tation with NASA helmet. |
| 40 | C | 13.8 | 7.3 | 8.1 | 14.2 | 80 | 3110 | 592 | 137 | 140 | 191 | 165 | |
| 41 | D | 10.5 | 4.3 | 4.5 | 6.9 | 99 | 1010 | 218 | 64 | 57 | 134 | 132 | |
| 42 | D | 10.5 | 4.3 | 4.5 | 6.8 | 99 | 1080 | 202 | 50 | 58 | 103 | 124 | |
| 43 | D | 10.6 | 4.3 | 4.6 | 6.2 | 99 | 1035 | 166 | 57 | 64 | 136 | 126 | |
| START OF PHASE II | | | | | | | | | | | | | |
| 44 | D | 11.4 | 5.0 | 5.3 | 8.0 | 99 | 208 | 228 | 36 | 33 | 145 | 128 | |

Short durat. impact zone

$0 < \frac{t_1}{T_n} < 0.4$ , $\Delta V = V_0$

Here, $t_1$ = durat. of impact = 0.05 – 0.10 sec. (covers range of input pulse times in this rpt.)

$T_n$ = nat. pd. of spring mass sys. $\frac{1}{5}$ = 0.2 sec

| Test # | Subject | Sled End Vel. (ft/sec) | Sled Accel. Plateau (G) | Sled Accel. Peak (G) | Subject Head Accel. Peak (G) | Input Pulse Duration (M-sec) | Sled rate of G onset (G/sec) | Subject rate of G onset (G/sec) | Shoulder Strap Load (lbs) Right | Shoulder Strap Load (lbs) Left | Thigh Strap Load (lbs) Right | Thigh Strap Load (lbs) Left | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | H | 11.1 | 4.7 | 5.1 | 10.9 | 94 | 214 | 335 | 128 | 115 | 135 | 146 | Subject did not participate in rest of program. |
| 46 | I | 11.1 | 4.6 | 4.9 | 10.5 | 97 | 250 | 374 | 144 | 131 | 120 | 120 | |
| 47 | D | 12.8 | 5.5 | 6.2 | 10.7 | 90 | 280 | 318 | 98 | 104 | 203 | 203 | |
| 48 | I | 12.8 | 5.7 | 6.2 | 12.1 | 91 | 238 | 450 | 180 | 173 | 131 | 129 | |
| 49 | B | 13.0 | 5.8 | 6.3 | 10.9 | 91 | 270 | 232 | 171 | 158 | 208 | 182 | |
| 50 | D | 15.4 | 8.9 | 9.5 | 16.4 | 77 | 406 | 432 | 271 | 165 | 241 | 283 | |
| 51 | I | 15.1 | 8.6 | 9.3 | 18.0 | 78 | 410 | 628 | 252 | 248 | 252 | 248 | |
| 52 | E | 16.5 | 9.6 | 11.8 | 16.0 | 70 | 535 | 700 | 169 | 166 | 284 | 298 | |
| 53 | A | 16.0 | 9.6 | 11.4 | 22.2 | 75 | 392 | 940 | 302 | 296 | 334 | 297 | |
| 54 | B | 17.7 | 10.9 | 12.1 | 23.4 | 69 | 487 | 825 | 310 | 324 | 378 | 364 | |
| 55 | D | 17.5 | 10.1 | 12.1 | 20.0 | 70 | 603 | 514 | 246 | 232 | 353 | 330 | |
| 56 | I | 18.5 | 12.0 | 14.6 | 31.8 | 65 | 630 | 1410 | 386 | 356 | 286 | 328 | |
| 57 | E | 18.8 | 12.2 | 15.4 | 22.0 | 66 | 697 | 750 | 270 | 226 | 414 | 400 | |
| 58 | A | 19.2 | 13.1 | 18.5 | 24.2 | 59 | 790 | 827 | 354 | 396 | 410 | 376 | |
| 59 | B | 19.5 | 13.5 | 15.8 | 23.4 | 57 | 840 | 615 | 355 | 344 | 550 | 460 | |
| 60 | I | 20.6 | 14.5 | 15.3 | 28.6 | 56 | 962 | 1540 | 333 | 352 | 470 | 493 | |
| 61 | A | 16.6 | 10.5 | 11.7 | 24.0 | 68 | 421 | 1100 | --- | --- | 475 | 462 | X-ray taken |

| Shot No. | Subject | $\gamma_1$ | $\delta$ | $\phi$ | $t_o$ (sec) | $f_n$ (c.p.s) |
|---|---|---|---|---|---|---|
| 16 | E | .086/.101= .84 | 2.1 | .8 | .128 | 3.9 |
| 17 | D | .77 | 1.9 | .8 | .123 | 4.1 |
| 18 | B | .75 | 2.1 | .8 | .120 | 4.1 |
| 19 | C | .78 | 1.7 | .8 | .123 | 4.1 |
| 20 | D | .82 | 1.7 | .8 | .122 | 4.1 |
| 21 | E | .82 | 2.1 | .8 | .122 | 4.1 |
| 44 | D | .71 | 1.6 | .9 | .123 | 4.5 |
| 45 | H | .81 | 2.0 | .8 | .117 | 4.3 |
| 46 | I | .79 | 2.0 | .8 | .121 | 4.1 |
| 47 | D | .75 | 1.9 | .8 | .113 | 4.4 |
| 48 | I | .87 | 2.0 | .7 | .130 | 3.9 |
| 49 | B | .79 | 1.9 | .8 | .114 | 4.4 |
| 50 | D | .86 | 1.9 | .7 | .110 | 4.5 |
| 51 | I | .93 | 2.1 | .7 | .112 | 4.5 |
| 52 | E | .87 | 1.7 | .7 | .100 | 5.0 |
| 53 | A | .92 | 2.1 | .7 | .108 | 4.7 |
| 54 | B | .96 | 2.1 | .6 | .115 | 4.4 |
| 55 | D | .92 | 2.0 | .6 | .117 | 4.3 |
| 56 | I | .97 | 2.5 | .6 | .109 | 4.6 |
| 57 | E | .91 | 1.8 | .6 | .110 | 4.5 |

Definitions

$\gamma_1$ = ratio of elapsed time until peak response to total input pulse duration

$\delta$ = ratio of peak subject acceleration to peak sled acceleration.

$\phi$ = ratio of pulse length to natural period of the system (obtained from curves Fig 31).

$t_o$ = natural peri

$f_n$ = natural frequency of system.

Table 4 - Natural Frequency Variables

| Test No. | Sub-ject | Phase | Total Measured Restraint Load (lbs) | Assumed Torso Acceleration (G) | Total Calc.Torso Load (lbs) | Total Measured Restraint Load as % of Calc. Torso Load | Total Shoulder Load as % of Calc. Torso Load | Total Lower Restraint Load as % of Calc. Torso Load | Ratio of Shoulder To lower Restraint Load |
|---|---|---|---|---|---|---|---|---|---|
| 14 | B | I | 249 | 7.20 | 916 | 27.2 | 18.4 | 8.8 | 2.10 |
| 18 | B | I | 348 | 8.60 | 1086 | 32.0 | 22.0 | 10.0 | 2.20 |
| 22 | B | I | 404 | 9.60 | 1220 | 33.1 | 21.0 | 12.1 | 1.73 |
| 26 | B | I | 456 | 12.30 | 1560 | 29.2 | 15.8 | 13.4 | 1.18 |
| 30 | B | I | 632 | 12.90 | 1640 | 38.5 | 16.3 | 22.2 | .73 |
| 34 | B | I | 633 | 14.20 | 1810 | 35.0 | 13.0 | 22.0 | .59 |
| 37 | B | I | 907 | 16.00 | 2040 | 44.5 | 16.1 | 28.4 | .56 |
| 49 | B | II | 819 | 8.70 | 1100 | 74.5 | 29.9 | 44.6 | .67 |
| 54 | B | II | 1376 | 16.30 | 2070 | 66.4 | 30.6 | 35.8 | .85 |
| 59 | B | II | 1709 | 20.20 | 2560 | 66.8 | 27.4 | 39.4 | .69 |
| 12 | D | I | 242 | 4.80 | 515 | 47.0 | 24.8 | 22.1 | 1.12 |
| 17 | D | I | 388 | 7.20 | 772 | 50.2 | 24.5 | 25.8 | .95 |
| 20 | D | I | 507 | 8.85 | 950 | 53.3 | 22.9 | 30.5 | .75 |
| 24 | D | I | 573 | 10.35 | 1120 | 51.1 | 21.1 | 30.5 | .70 |
| 28 | D | I | 554 | 12.30 | 1320 | 42.0 | 10.95 | 30.9 | .35 |
| 32 | D | I | 623 | 11.05 | 1175 | 53.0 | 17.2 | 35.8 | .48 |
| 36 | D | I | 828 | 14.05 | 1485 | 55.8 | 18.0 | 37.65 | .47 |
| 38 | D | I | 941 | 15.75 | 1665 | 56.5 | 19.7 | 36.7 | .53 |
| 47 | D | II | 608 | 8.25 | 781 | 69.8 | 23.2 | 46.6 | .50 |
| 50 | D | II | 960 | 13.35 | 1410 | 68.1 | 29.9 | 37.2 | .83 |
| 55 | D | II | 1161 | 15.15 | 1600 | 72.7 | 29.9 | 42.8 | .70 |
| 16 | E | I | 405 | 7.20 | 770 | 52.5 | 23.5 | 29.1 | .81 |
| 21 | E | I | 453 | 8.85 | 947 | 47.8 | 21.2 | 25.6 | .87 |
| 25 | E | I | 595 | 10.35 | 1110 | 53.5 | 24.5 | 29.1 | .84 |
| 29 | E | I | 625 | 12.30 | 1320 | 47.3 | 16.95 | 30.4 | .55 |
| 33 | E | I | 624 | 13.05 | 1395 | 44.8 | 17.2 | 28.6 | .56 |
| 52 | E | II | 917 | 14.40 | 1540 | 59.6 | 21.7 | 37.7 | .57 |
| 57 | E | II | 1310 | 18.30 | 1960 | 67.0 | 25.3 | 41.5 | .61 |

Table 5 - Relative Load Distribution

| Test No. | Subject | Maximum Sled Vel. (ft/sec) | Maximum Subject (ft/sec) | Difference Velocity (ft/sec) |
|---|---|---|---|---|
| 3 | A | 6.9 | 9.8 | 2.9 |
| 4 | B | 6.8 | 8.8 | 2.0 |
| 5 | C | 6.9 | 9.5 | 1.6 |
| 6 | D | 6.8 | 7.8 | 1.0 |
| 7 | E | 6.7 | 8.1 | 1.4 |
| 8 | A | 9.6 | 11.8 | 2.2 |
| 9 | B | 9.6 | 11.1 | 1.5 |
| 10 | C | 9.6 | 11.5 | 1.9 |
| 11 | E | 8.5 | 10.9 | 2.4 |
| 12 | D | 9.4 | 11.2 | 1.8 |
| 14 | B | 11.1 | 12.5 | 1.4 |
| 15 | C | 11.1 | 12.8 | 1.7 |
| 16 | E | 11.2 | 13.3 | 2.1 |
| 17 | D | 11.3 | 14.2 | 2.9 |
| 18 | B | 12.3 | 15.6 | 3.3 |
| 19 | C | 12.3 | 15.2 | 2.9 |
| 20 | D | 12.4 | 15.6 | 3.2 |
| 21 | E | 12.4 | 14.8 | 2.4 |
| 22 | B | 12.9 | 15.0 | 2.1 |
| 23 | C | 13.7 | 17.2 | 3.5 |
| 24 | D | 13.9 | 16.9 | 3.0 |
| 25 | E | 14.0 | 16.5 | 2.5 |
| 26 | B | 14.5 | 16.2 | 1.7 |
| 27 | C | 14.4 | 17.2 | 2.8 |

**Table 6 - Page 1 - Sled and Subject Relative Velocities**

| Test No. | Subject | Maximum Sled Vel. (ft/sec) | Maximum Subject (ft/sec) | Difference Velocity (ft/sec) |
|---|---|---|---|---|
| 28 | D | 14.4 | 19.1 | 4.7 |
| 29 | E | 14.5 | 17.5 | 3.0 |
| 30 | B | 14.7 | 17.3 | 2.6 |
| 31 | C | 14.4 | 17.3 | 2.9 |
| 32 | D | 14.8 | 17.6 | 2.8 |
| 33 | E | 14.9 | 15.9 | 1.0 |
| 34 | B | 15.9 | 18.9 | 3.0 |
| 35 | C | 15.9 | 20.2 | 4.3 |
| 36 | D | 15.9 | 21.4 | 5.5 |
| 37 | B | 17.0 | 21.8 | 4.8 |
| 38 | D | 17.0 | 22.4 | 5.4 |
| 39 | C | 10.6 | 13.8 | 3.2 |
| 40 | C | 13.8 | 17.1 | 3.3 |
| 41 | D | 10.5 | 12.7 | 2.2 |
| 42 | D | 10.5 | 12.6 | 2.1 |
| 43 | D | 10.6 | 12.4 | 1.8 |
| 44 | D | 11.4 | 13.1 | 1.7 |
| 45 | H | 11.1 | 14.9 | 3.8 |
| 46 | I | 11.1 | 15.3 | 4.2 |
| 47 | D | 12.8 | 15.2 | 2.3 |
| 48 | I | 12.8 | 16.3 | 3.5 |
| 49 | B | 13.0 | 16.5 | 3.5 |
| 50 | D | 15.4 | 19.9 | 4.5 |
| 51 | I | 15.1 | 20.4 | 5.3 |
| 52 | E | 16.5 | 20.5 | 4.0 |
| 53 | A | 16.0 | 22.4 | 6.4 |
| 54 | B | 17.7 | 24.7 | 7.0 |
| 55 | D | 17.5 | 23.2 | 5.9 |
| 56 | I | 18.5 | 24.8 | 6.3 |
| 57 | E | 18.8 | 23.1 | 4.3 |
| 58 | A | 19.2 | 24.5 | 5.3 |
| 59 | B | 19.5 | 25.9 | 6.4 |
| 60 | I | 20.6 | 27.9 | 7.3 |
| 61 | A | 16.6 | 23.0 | 6.4 |

Table 6 - Page 2 -  Sled and Subject Relative Velocities

| Test No. | Subject | End Vel. (ft/sec) | Synopsis of Subjects Comments | Medical Analysis: Symptoms | | Medical Analysis: Findings | |
|---|---|---|---|---|---|---|---|
| | | | | Neuro | Skeletal | Neuro | General |
| 3 | A | 6.9 | No pain, felt jolt | | | | |
| 4 | B | 6.8 | No pain, felt sudden jerk | | | | |
| 5 | C | 6.9 | No pain, felt jolt | | | | |
| 6 | D | 6.8 | No pain | | | | |
| 7 | E | 6.7 | No pain, sudden jerk in stomach | | | | |
| 8 | A | 9.6 | No pain | | | | |
| 9 | B | 9.6 | No pain | | | | |
| 10 | C | 9.6 | No pain | | | | |
| 11 | E | 8.5 | No pain, felt stomach shift | | | | |
| 12 | D | 9.4 | No pain | | | | |
| 13 | A | 10.1 | No pain | | | one or more EEG bursts. | elevated blood pressure |
| 14 | B | 11.1 | No pain | | | | |
| 15 | C | 11.1 | No pain | | | | |
| 16 | E | 11.2 | No pain | | | | |
| 17 | D | 11.3 | No pain | | | | |
| 18 | B | 12.3 | No pain, more severe shot | | | | premature atrial beat |
| 19 | C | 12.3 | No pain, felt good jolt | | | | |
| 20 | D | 12.4 | No pain | | | | |
| 21 | E | 12.4 | No pain | | | | |

Table 7 - Page 1 - Subjective Commen' and Medical Findings

| Test No. | Subject | End Vel. (ft/sec) | Synopsis of Subjects Comments | Medical Analysis: Symptoms: Neuro | Medical Analysis: Symptoms: Skeletal | Medical Analysis: Findings: Neuro | Medical Analysis: Findings: General |
|---|---|---|---|---|---|---|---|
| 22 | B | 12.9 | No pain, no worse than previous test, saw stars. | | | | |
| 23 | C | 13.7 | No pain | | | | |
| 24 | D | 13.9 | No pain, felt something in throat felt jolt. | | Anterior neck pain. | one or more EEG bursts. | |
| 25 | E | 14.0 | Head pain not severe, felt jolt aroung pelvis | Head pain | | one or more EEG bursts. | Premature ventricular beat. |
| 26 | B | 14.5 | Slight pain in chest, stronger jolt, saw stars | | | | |
| 27 | C | 14.4 | No pain, felt pull in thighs and shoulders. | | | | |
| 28 | D | 14.4 | Felt abdominal movement, slight throat pain. | | Throat pain | | |
| 29 | E | 14.5 | Headache after shot, felt load in shoulders. | Headache lasting <15 min. | | Questionable EEG burst. | |
| 20 | B | 14.7 | More pull in stomach and lower abdomen. | | Neck pain lasting > 24 hrs. | | Premature ventricular beats. |
| 31 | C | 14.4 | Good jolt, felt some pain, muscle pull in lower obsipical area. | | | | |
| 32 | D | 14.8 | Comparable to his last exposure, felt throat pain again. | | Throat pain | | |
| 33 | E | 14.9 | Headache, throat pain | Headache lasting > 24 hrs. | Throat pain | Persistent dysrhythmia on conventional EEG. | |
| 34 | B | 15.9 | Felt pull in chest | | | | |
| 35 | C | 15.9 | Good jolt, mostly felt in lower abdomen, also fullness of face. | Headache lasting < 24 hrs. | Sore spine | | |
| 36 | D | 15.9 | Good jolt, pain in throat | | Throat pain | Dysarthria Bradycardia 30 min. | |

Table 7 - Page 2 - Subjective Comments and Medical Findings

| Test No. | Subject | End Vel. (ft/sec) | Synopsis of Subjects Comments | Medical Analysis: Symptoms – Neuro | Symptoms – Skeletal | Findings – Neuro | Findings – General |
|---|---|---|---|---|---|---|---|
| 37 | B | 17.0 | Good jolt, back of neck hurt | | Pain in back of neck | | |
| 38 | D | 17.0 | Felt jolt in stomach, throat pain, momentary head pain. | | Throat pain | | |
| 39 | C | 10.6 | No pain | | | | |
| 40 | C | 13.8 | Moderate jolt | | | | |
| 41 | D | 10.5 | No discomfort | | | | |
| 42 | D | 10.5 | No discomfort | | | | |
| 43 | D | 10.6 | No discomfort | | | | |
| 44 | D | 11.4 | Slight abdominal shift | | | | |
| 45 | H | 11.1 | Severe abdominal shift up | | | | |
| 46 | I | 11.1 | Abdominal shift up | | | | |
| 47 | D | 12.8 | Severe internal abdominal shift up | | | | |
| 48 | I | 12.8 | Abdominal shift up | | | | |
| 49 | B | 13.0 | Abdominal shift up | | | | |
| 50 | D | 15.4 | Good abdominal shift, pain in throat, raspy feeling like sore throat. | | Pain in throat | | Conjunctional flush 15 min. |
| 51 | I | 15.1 | Felt accelerometer on top of head, abdominal shift up | | | | |
| 52 | E | 16.5 | Most improved ride | | | | |
| 53 | A | 16.0 | Pain about breast bone, above and below, abdominal shift up | | Neck Pain < 6 hrs. | | Urine: rare RBC's |
| 54 | B | 17.7 | Pull in neck, jerky ride | | | | |
| 55 | D | 17.5 | Large jolt in abdomen, pain in neck, pain in right rear of head lasting 2 min., dizziness | | Throat pain Head pain | | Urine: 8-10 WDB's 3-4 RBC's 30 mgm of protein |
| 56 | I | 18.5 | Abdominal shift up, felt pressure of accelerometer | | | | |
| 57 | E | 18.8 | Slight headache, no pain | Headache | | | |

| Test No. | Subject | End Vel. (ft/sec) | Synopsis of Subjects Comments | Medical Analysis – Symptoms – Neuro | Medical Analysis – Symptoms – Skeletal | Medical Analysis – Findings – Neuro | Medical Analysis – Findings – General |
|---|---|---|---|---|---|---|---|
| 58 | A | 19.2 | Strong loading in shoulder straps, smooth ride | | | | |
| 59 | B | 19.5 | No pain, best ride | | | | |
| 60 | I | 20.6 | Smoothest ride, felt pressure of accelerometer on head | | Lumbar pain lasting 24 hrs. | | X-ray not re-markable |
| 61 | A | 16.6 | Back hurt | | Dorsal pain lasting 24 hrs, hospitalized | | X-ray not re-markable |

Table 7 - Page 4 - Subjective Comments and Medical Findings



SLED SHOWN IN COCKED POSITION WITH SUBJECT READY FOR FIRING

PHOTO NO: CAN-349563 (L)-2-63                                    FIGURE 1



VIEW OF TEST SLED AND TRACK RUNOUT

PHOTO NO: CAN-350829 (L)-3-63                                    FIGURE 2



COUCH CONFIGURATION USED IN PHASE I OF STUDIES

PHOTO NO: CAN-346941 (L)-9-62                    FIGURE 3



VIEW OF COUCH AND HARNESS RESTRAINT SYSTEM

PHOTO NO: CAN-346940 (L)-9-62                                    FIGURE 4



SUBJECT FITTED INTO COUCH AND SECURED BY RESTRAINT SYSTEM

PHOTO NO: CAN-350836 (L)-6-63                                           FIGURE 5



LOWER TORSO RESTRAINT HARNESS USED IN THE PROGRAM

PHOTO NO: CAN-347083 (L)-6-63                                    FIGURE 6



MOUTH ACCELEROMETER AND TENSIOMETERS POSITIONED ON SUBJECT

PHOTO NO: CAN-347083 (L)-9-62                                           FIGURE 7



HEAD ACCELEROMETER AND MERCURY HELMET TIE DOWN HARNESS

PHOTO NO: **CAN-350841 (L)-3-63**

**FIGURE 8**



ELECTRODE PLACEMENT TO OBTAIN ECG AND EEG DATA

PHOTO NO: CAN-350831 (L)-3-63

FIGURE 9



ELECTRODE PLACEMENT TO OBTAIN AV F WAVE

PHOTO NO: CAN-350832 (L)-3-63

FIGURE 10



SCO   SUB-CARRIER OSCILLATOR
SA    SUMMING AMPLIFIER
XTMR  RF TRANSMITTER
DISCR. DISCRIMINATOR

ACEL'S FM/FM TELEMETERING SYSTEM

FIGURE 11



ANTHROPOMETRIC DATA

| SUBJECT | AGE | HEIGHT IN. | HEIGHT %ILE | WT. LBS. | SITTING HT. %ILE | SHOULDER WIDTH %ILE | BUTT-KNEE %ILE |
|---|---|---|---|---|---|---|---|
| A | 21 | 66.5 | 4.5 | 187 | 25 | 95 | 20 |
| B | 22 | 68.7 | 26.5 | 182 | 70 | 89 | 26 |
| C | 31 | 75.2 | 98.0 | 225 | 96 | 99 | 98 |
| D | 32 | 67.0 | 7.2 | 152 | 50 | 65 | 5 |
| E | 20 | 70.5 | 53.5 | 153 | 90 | 30 | 17 |
| I | 21 | 65.8 | 2.0 | 175 | 30 | 90 | 8 |

PARTICIPATING SUBJECTS





VIEW SHOWING ADAPTER INSTALLED TO CLOSE THIGH ANGLE
IN PHASE II OF STUDIES

CAN-348654 (L)-12-62

FIGURE 13

FIGURE 14

Test No. 6
18 Sept. 62
Velocity: 6.8 Ft/sec.
Subject: D

[illegible] Shoulder Harness Load [illegible]
41 lbs.

[illegible] Shoulder Harness Load [illegible]
43 lbs.

[illegible] Load [illegible]
31 lbs.

[illegible] Load [illegible]
[illegible] lbs.

[illegible]
4.34

[illegible]

[illegible]

Sled Displacement

Fig. 15



Subject: D
Left Shoulder Harness Load
62 Lbs.
Right Shoulder Harness Load
66 Lbs.
Left Thigh Belt Load
53 Lbs.
Right Thigh Belt Load
21 Lbs.
1.9 G
507 G/in.
3.0 G
3.2 G
Sled Displacement
2"

Fig. 16

Test No. 17
24 Sept 62
Velocity: 11.3 Ft/Sec
Subject: D
Left Shoulder Harness Load
Right Shoulder Harness Load
Left Thigh Belt Load
Sled Displacement
Fig.

Test No. 20
25 Sept. 62
Velocity: 12.4 ft/sec
Subject: D
105 lbs.
Left Shoulder Harness Load
112 lbs.
Right Shoulder Harness Load
139 lbs.
Left Thigh Belt Load
157 lbs.
Right Thigh Belt Load
210 G/sec
47G
56 G
1420 G/sec
59 G
Sled Displacement

Fig. 18



Test No. 24
1 Oct. 62
Velocity: 139
Subject: D
Left Shoulder Harness Load
Right Shoulder Harness Load
Left Thigh Belt Load
Right Thigh Belt Load

Fig. 19



Test No. 28
Velocity
Subject D
Left Shoulder Harness Load
Right Shoulder Harness Load
Left Thigh Belt Load
Right Thigh Belt Load
Horiz. Couch Accel.

Fig. 20



Test No. 32
Oct. 5, 1962
Velocity: 14.8 Ft/sec
Subject: D
112 Lbs.
Left Shoulder Harness Load
94 Lbs.
Right Shoulder Harness Load
224 Lbs.
Left Thigh Belt Load
197 Lbs.
Right Thigh Belt Load
10.8 G
Horiz. Mouth Acceleration
Horiz. Chest Accel.
Horiz. Sled Accel.
Sled Displacement

Fig. 21