

Fig. 22



Fig. 23



Fig. 24

Fig. 25

Fig. 26

Fig. 27



Fig. 28



Fig. 27



Fig. 30



—Transient time displacement curves for various values of φ sine whip.

Fig. 31

at $t_1$, $V_H = V_S$

at $t_2$ head velocity exceeds sled velocity by $V_{H_2}$ and begins decelerating due to "bottoming"

at $t_3$ $V_{H_3} = V_{H_2}$ and head velocity equals sled velocity

VELOCITY COMPARISON BETWEEN SUBJECT & DUMMY

Fig. 32



FIGURE 35

SUBJECT HEAD & SHOULDER DISPLACEMENT
FAILURES 33 TO 37

— head displacement relative to couch
--- head displacement relative to shoulder
× Acceleration measured on head = for all plots.



FIGURE 34



FIGURE 35



FIGURE 36



FIGURE 37



Fig 3



Fig. 39



Fig. 40



Fig. 41



SETUP FOR APPLYING STATIC LOADS TO HARNESS

PHOTO NO: CAN-353822 (L)-7-63                                FIGURE 42



Fig. 43

GRAPH OF % ELONGATION VS. LOAD



X-RAY UNIT PLACED IN POSITION FOR OBTAINING A ROENTGENOGRAM
DURING FIRING #61

PHOTO NO: CAN-350838 (L)-3-63                                    FIGURE 44



Fig. 45

TIME RELATION BETWEEN X-RAY ACTUATION
& SLED ACCELERATION PULSE





MEASURED DISPLACEMENTS
1. VERTEBRAL DISPLACEMENT HEADWARD
   (A) MID-THORACIC BODY     – 2.8 CM
   (B) MID-LUMBAR BODY       – 1.0 CM
   (C) LATERAL DISPLACEMENT  – RIGHT
   (D) MID-THORAX            – 0.8 CM
   (E) PELVIS                – 0.2 CM
2. DIAPHRAGMS               – 6.0 CM HEADWARD
3. *CARDIAC SHADOW          – 6.0 CM HEADWARD
4. COLON                    – 1.0 CM HEADWARD

STATIC AND DYNAMIC ROENTGENOGRAMS DURING FIRING #61



TEST 13, SUBJECT A

TEST 17, SUBJECT D

TEST 24, SUBJECT D

TEST 25, SUBJECT E

TEST 29, SUBJECT E

PRE-IMPACT   IMPACT   POST-IMPACT   BURST   BASELINE SHIFT FOLLOWING IMPACT (PROBABLE DISCHARGE)

IMPACT

IMPACT   PROBABLE   DISCHARGE

IMPACT   PROBABLE SLOWING

TELEMETERED FRONTAL ELECTROENCEPHALOGRAMS RUN AT 50 MIN/SEC

ELECTROENCEPHALOGRAMS AT IMPACT

Fig. 47



EFFECT OF IMPACT ON HEART RATE

Fig. 48



TEST 34 "B"

PRERUN

IMPACT

POSTRUN

TEST 25 "E"

NOTE PVB

X-AXIS INVERTED

TEST 30 "B"

X-AXIS

Y-AXIS

3:1 PVB'S

TEST 37 "B"

SINUS BRADYCARDIA 44/44     NOTE ISOLATED PVB

EFFECT OF IMPACT ON THE ELECTROCARDIOGRAM

U. S. NAVAL AIR ENGINEERING CENTER, PHILA. PA., 19112
AEROSPACE CREW EQUIPMENT LABORATORY

1. Report NAEC-ACEL-510
2. Problem Assignment No. 005-AE-13-16
3. In DDC collection

DETERMINATION OF HUMAN TOLERANCE TO NEGATIVE IMPACT ACCELERATION by Marvin Schulman, G. I. Critz, CDR MC USN, Francis M. Highly, Jr., Dr. E. Hendler, 33 p., 7 tables, 49 figures, 28 Nov 1963.

Presented in this report are the results of a program conducted to extend man's knowledge of short term negative acceleration as it effects humans. Subjects, fully restrained, have been exposed to increasing increments of velocity change under controlled conditions and measurements obtained of their body displacements, velocity and acceleration. The role of the restraint harness as a determinant of subjective response and tolerance to the input are also discussed.

---

U. S. NAVAL AIR ENGINEERING CENTER, PHILA. PA., 19112
AEROSPACE CREW EQUIPMENT LABORATORY

1. Report NAEC-ACEL-510
2. Problem Assignment No. 005-AE-13-16
3. In DDC collection

DETERMINATION OF HUMAN TOLERANCE TO NEGATIVE IMPACT ACCELERATION by Marvin Schulman, G. I. Critz, CDR MC USN, Francis M. Highly, Jr., Dr. E. Hendler, 33 p., 7 tables, 49 figures, 28 Nov 1963.

Presented in this report are the results of a program conducted to extend man's knowledge of short term negative acceleration as it effects humans. Subjects, fully restrained, have been exposed to increasing increments of velocity change under controlled conditions and measurements obtained of their body displacements, velocity and acceleration. The role of the restraint harness as a determinant of subjective response and tolerance to the input are also discussed.

---

U. S. NAVAL AIR ENGINEERING CENTER, PHILA. PA., 19112
AEROSPACE CREW EQUIPMENT LABORATORY

1. Report NAEC-ACEL-510
2. Problem Assignment No. 005-AE-13-16
3. In DDC collection

DETERMINATION OF HUMAN TOLERANCE TO NEGATIVE IMPACT ACCELERATION by Marvin Schulman, G. I. Critz, CDR MC USN, Francis M. Highly, Jr., Dr. E. Hendler, 33 p., 7 tables, 49 figures, 28 Nov 1963.

Presented in this report are the results of a program conducted to extend man's knowledge of short term negative acceleration as it effects humans. Subjects, fully restrained, have been exposed to increasing increments of velocity change under controlled conditions and measurements obtained of their body displacements, velocity and acceleration. The role of the restraint harness as a determinant of subjective response and tolerance to the input are also discussed.

---

U. S. NAVAL AIR ENGINEERING CENTER, PHILA. PA., 19112
AEROSPACE CREW EQUIPMENT LABORATORY

1. Report NAEC-ACEL-510
2. Problem Assignment No. 005-AE-13-16
3. In DDC collection

DETERMINATION OF HUMAN TOLERANCE TO NEGATIVE IMPACT ACCELERATION by Marvin Schulman, G. I. Critz, CDR MC USN, Francis M. Highly, Jr., Dr. E. Hendler, 33 p., 7 tables, 49 figures, 28 Nov 1963.

Presented in this report are the results of a program conducted to extend man's knowledge of short term negative acceleration as it effects humans. Subjects, fully restrained, have been exposed to increasing increments of velocity change under controlled conditions and measurements obtained of their body displacements, velocity and acceleration. The role of the restraint harness as a determinant of subjective response and tolerance to the input are also discussed.

PLATE NO. 988

ABSTRACT CARD OFFSET MARGINAL GUIDE
4ND-NAEC-5602/1

PLATE NO.

U. S. NAVAL AIR ENGINEERING CENTER, PHILA. PA., 19112
AEROSPACE CREW EQUIPMENT LABORATORY

1. Report NAEC-ACEL-510
2. Problem Assignment No. 005-AE-13-16
3. In DDC collection

DETERMINATION OF HUMAN TOLERANCE TO NEGATIVE IMPACT ACCELERATION:
by Marvin Schulman, G. T. Critz, CDR MC USN, Francis M. Highly, Jr., Dr. E. Hendler, 33 p., 7 tables, 49 figures, 28 Nov 1963.

Presented in this report are the results of a program conducted to extend man's knowledge of short term negative acceleration as it effects humans. Subjects, fully restrained, have been exposed to increasing increments of velocity change under controlled conditions and measurements obtained of their body displacements, velocity and acceleration. The role of the restraint harness as a determinant of subjective response and tolerance to the input are also discussed.

U. S. NAVAL AIR ENGINEERING CENTER, PHILA. PA., 19112
AEROSPACE CREW EQUIPMENT LABORATORY

1. Report NAEC-ACEL-510
2. Problem Assignment No. 005-AE-13-16
3. In DDC collection

DETERMINATION OF HUMAN TOLERANCE TO NEGATIVE IMPACT ACCELERATION:
by Marvin Schulman, G. T. Critz, CDR MC USN, Francis M. Highly, Jr., Dr. E. Hendler, 33 p., 7 tables, 49 figures, 28 Nov 1963.

Presented in this report are the results of a program conducted to extend man's knowledge of short term negative acceleration as it effects humans. Subjects, fully restrained, have been exposed to increasing increments of velocity change under controlled conditions and measurements obtained of their body displacements, velocity and acceleration. The role of the restraint harness as a determinant of subjective response and tolerance to the input are also discussed.

U. S. NAVAL AIR ENGINEERING CENTER, PHILA. PA., 19112
AEROSPACE CREW EQUIPMENT LABORATORY

1. Report NAEC-ACEL-510
2. Problem Assignment No. 005-AE-13-16
3. In DDC collection

DETERMINATION OF HUMAN TOLERANCE TO NEGATIVE IMPACT ACCELERATION:
by Marvin Schulman, G. T. Critz, CDR MC USN, Francis M. Highly, Jr., Dr. E. Hendler, 33p., 7 tables, 49 figures, 28 Nov 1963.

Presented in this report are the results of a program conducted to extend man's knowledge of short term negative acceleration as it effects humans. Subjects, fully restrained, have been exposed to increasing increments of velocity change under controlled conditions and measurements obtained of their body displacements, velocity and acceleration. The role of the restraint harness as a determinant of subjective response and tolerance to the input are also discussed.

U. S. NAVAL AIR ENGINEERING CENTER, PHILA. PA., 19112
AEROSPACE CREW EQUIPMENT LABORATORY

1. Report NAEC-ACEL-510
2. Problem Assignment No. 005-AE-13-16
3. In DDC collection

DETERMINATION OF HUMAN TOLERANCE TO NEGATIVE IMPACT ACCELERATION:
by Marvin Schulman, G. T. Critz, CDR MC USN, Francis M. Highly, Jr., Dr. E. Hendler, 33 p., 7 tables, 49 figures, 28 Nov 1963.

Presented in this report are the results of a program conducted to extend man's knowledge of short term negative acceleration as it effects humans. Subjects, fully restrained, have been exposed to increasing increments of velocity change under controlled conditions and measurements obtained of their body displacements, velocity and acceleration. The role of the restraint harness as a determinant of subjective response and tolerance to the input are also discussed.

ABSTRACT CARD OFFSET MARGINAL GUIDE
4ND-NAMC-5602/1