30

the drawing characteristics cannot be adequately controlled under impact forces (refs. 49 and 50).

Lewis Research Center
    National Aeronautics and Space Administration
        Cleveland, Ohio, February 24, 1959

### REFERENCES

1. Hasbrook, A. Howard:  Aviation Crash Injury Research.  Jour. Aviation Medicine, vol. 26, no. 3, June 1955, pp. 180-183.

2. Anon.:  Flight Surgeon's Manual.  Manual 160-5, Dept. AF, CN-63848, Oct. 1954.

3. Heflin, Woodford Agee, ed.:  The United States Air Force Dictionary. D. Van Nostrand Co., Inc., 1956.

4. Denzin, E. C.:  A Decelerator for Human Experimentation.  Rep. No. 5973, USAF, Feb. 1950.

5. Gould, George M.:  Gould's Pocket Pronouncing Medical Dictionary. Eleventh ed., The Blakiston Co., Inc., 1941.

6. Anon.:  Funk and Wagnalls College "Standard" Dictionary of the English Language.  Funk and Wagnalls Co., 1946.

7. Stapp, J. P.:  Effects of Mechanical Force on Living Tissues.  I - Abrupt Deceleration and Windblast.  Jour. Aviation Medicine, vol. 26, no. 4, Aug. 1955, pp. 268-288.

8. Stapp, John Paul:  Human Tolerance to Deceleration - Summary of 166 Runs.  Jour. Aviation Medicine, vol. 22, no. 1, Feb. 1951, pp. 42-45; 85.

9. Stapp, J. P.:  Tolerance to Abrupt Deceleration.  Collected Papers on Aviation Medicine, AGARDograph No. 6, Butterworths Sci. Pub. (London), 1955, pp. 122-139.

10. Ruff, Siegfried:  Brief Acceleration:  Less Than One Second.  Vol. I, pt. VI-C of German Aviation Medicine - World War II, Dept. Air Force, 1950, pp. 584-599.

11. Geertz, Arno (William F. Sheeley, ed.):  Limits and Special Problems in the Use of Seat Catapults.  Aero. Medical Center Trans., AAF, Aug. 30, 1946.

12. Stapp, John Paul: Human Exposures to Linear Deceleration. Pt. II - The Forward-Facing Position and the Development of a Crash Harness. Rep. No. 5915, USAF, Dec. 1951.

13. Bierman, H. R., Wieder, Russell M., and Hellems, Harper K.: The Principles of Protection of the Human Body as Applied in a Restraining Harness for Aircraft Pilots. Rep. No. 6, Proj. X-630, Naval Medical Res. Inst., May 1946.

14. Stapp, John Paul: Human Exposures to Linear Deceleration. I - Preliminary Survey of Aft-Facing Seated Position. Rep. No. 5915, USAF, June 1949.

15. De Haven, Hugh: Mechanical Analysis of Survival in Falls from Heights of Fifty to One Hundred and Fifty Feet. War Medicine, vol. 2, July 1942, pp. 586-596.

16. Sweeney, H. M.: Human Decelerator. Jour. Aviation Medicine, vol. 22, no. 1, Feb. 1951, pp. 39-41; 49.

17. Watts, Daniel T., Mendelson, E. S., and Kornfield, A. T.: Human Tolerance to Accelerations Applied from Seat to Head During Ejection Seat Tests. TED No. NAM 256005, Rep. No. 1, Naval Air Materiel Center, Jan. 31, 1947.

18. Anon.: Ejection Seat Development in Sweden. The Aeroplane, Nov. 20, 1953, pp. 692-694.

19. Stapp, J. P.: Human Tolerance Factors in Supersonic Escape. Jour. Aviation Medicine, vol. 28, no. 1, Feb. 1957.

20. Anon.: Engineering Manual - Cartridge Actuated Devices for Aircraft Use. Frankford Arsenal, Phila. (Pa.), Jan. 1954.

21. Savely, Harvey E., Ames, William H., and Sweeney, Henry M.: Laboratory Tests of Catapult Ejection Seat Using Human Subjects. Memo. Rep. No. TSEAA 695-66C, AMC, Oct. 30, 1946.

22. Pesman, Gerard J., and Eiband, A. Martin: Crash Injury. NACA TN 3775, 1956.

23. Wiesehöfer, H.: Aviation Medical Principles for the Construction of Emergency Ejection Seats. Appendix 2 of The Ejection Seat for Emergency Escape from High-Speed Aircraft, TSEAL 3-696-74C, AAF, Aug. 31, 1945, pp. 32-52.

24. Anon.: Developing the Martin-Baker Ejection Seat. The Aeroplane, vol. XC, no. 2324, Feb. 3, 1956, pp. 141-143.

E-345

32

25. Martin, James:  Ejection from High Speed Aircraft.  Martin-Baker Aircraft Co., Ltd. (England), 1955.

26. Watts, Daniel T., Mendelson, E. S., and Hunter, H. N.:  Evaluation of a Face Curtain and Arm Rests for Use on Ejection Seats.  TED No. NAM 256005, Rep. No. 4, Naval Air Materiel Command, Mar. 5, 1947.

27. Wiesehöfer, H.:  Catapult Seat Ejection with Human Subjects:  Tolerance to Acceleration of Persons Ejected from the Do 335 and He 219.  Appendix 14 of The Ejection Seat for Emergency Escape from High-Speed Aircraft, TSEAL 3-696-74C, AAF, Aug. 31, 1945, pp. 258-266.

28. Noble, R., Mendelson, E. S., and Watts, D. T.:  Dynamic Responses in the Ejection Seat System.  TED No. NAM 256005, Rep. No. 5, Naval Air Exp. Station, Aug. 7, 1947.

29. Armstrong, Harry G., and Heim, J. W.:  The Effect of Acceleration on the Living Organism.  Air Corps TR 4362, Dec. 1, 1937.

30. Shaw, Robert S.:  Human Tolerance to Negative G of Short Duration.  Memo. Rep. TSEAA-695-74, Aero. Medical Lab., AAF, May 19, 1947.

31. Shaw, Robert S.:  Test-Firing of T-7 Catapult for Downward Seat Ejection.  MCREXD-695-741, WADC, May 11, 1948.

32. Hecht, Kenneth F., Sperry, Edward G., and Beaupre, Francis J.:  Downward Crew Ejection Seat Tests from the B-47B Airplane.  Tech. Rep. 53-433, WADC, Nov. 1953.

33. Rothwell, Walter S., and Sperry, Edward G.:  Escape from Aircraft by Downward Ejection.  Jour. Aviation Medicine, vol. 24, Aug. 1953, pp. 322-327.

34. Sperry, Edward G., Nielsen, Henry P., and Barash, Ira M.:  Downward Ejections at High Speeds and High Altitudes.  Jour. Aviation Medicine, vol. 26, no. 5, Oct. 1955, pp. 356-372.

35. Gamble, James L., and Shaw, Robert S.:  Pathology in Dogs Exposed to Negative Acceleration.  TSEAA-695-74B, USAF, Aug. 18, 1947.

36. Gamble, James L., and Shaw, Robert S.:  Animal Studies on Impact Negative Acceleration.  MCREXD 695-74G, USAF, Mar. 10, 1948.

37. Lombard, C. F., et al.:  The Effects of Negative Radial Acceleration on Large Experimental Animals (Goats).  ONR Tech. Rep., Proj. NR 161-014, Jan. 1948.

E-345

38. Stauffer, Floyd H., and Hyman, Chester: Fluid Shifts During Exposure to Acceleration: Rapid Local Changes Under Negative G. Jour. Physiology, vol. 153, no. 1, Apr. 1948, pp. 64-70.

39. Stauffer, Floyd H.: Further Evidence of Fluid Translocation During Varied Acceleration Stresses. Gross Pathological Findings and Weight Changes in Specific Tissues. Final Rep. Apr. 9, 1946-Aug. 31, 1951, Dept. Aviation Medicine, Univ. Southern Calif., July 10, 1951.

40. Gamble, James R., Shaw, Robert R., Gauer, Otto H., and Henry, James P.: Cerebral Dysfunction During Negative Acceleration. Jour. Appl. Physiology, vol. 2, Sept. 1949, pp. 133-140.

41. Gamble, J. L., et al.: Physiological Changes During Negative Acceleration. MCREXD-695-74L, USAF, July 25, 1948.

42. Simons, D. G., and Henry, J. P.: Electroencephalographic Changes Occurring During Negative Acceleration. Tech. Rep. No. 5966, USAF, Nov. 1949.

43. Henry, J. P., et al.: Animal Studies of the Effects of High Negative Acceleration. Rep. No. 1, Memo. Rep. MCREXD 695-74N, Eng. Div., USAF, Jan. 20, 1949.

44. Rushmer, Robert F., Beckman, Edward L., and Lee, David: Protection of the Cerebral Circulation by the Cerebrospinalfluid Under the Influence of Radial Acceleration. Am. Jour. Physiology, vol. 151, no. 2, Dec. 1947, pp. 355-365.

45. Armstrong, Harry G.: Speed and Acceleration. Ch. XXI of Principles and Practice of Aviation Medicine, Third ed., The Williams and Wilkins Co., 1952, pp. 353-380.

46. Shaw, Robert S.: Human Tolerance to Acceleration in Downward Seat Ejection. Rep. TSEAA-695-74C, USAF, Dec. 12, 1947.

47. Pinkel, I. Irving, and Rosenberg, Edmund G.: Seat Design for Crash Worthiness. NACA Rep. 1332, 1957. (Supersedes NACA TN 3777.)

48. Code, C. F., Wood, E. H., and Lambert, E. H.: The Limiting Effect of Centripetal Acceleration on Man's Ability to Move. Jour. Aero. Sci., vol. 14, no. 2, Feb. 1947, pp. 117-123.

49. Bierman, H. R.: Test and Evaluation of Experimental Harness Under Controlled Crash Conditions. Proj. X-630, Rep. 11, Naval Medical Res. Inst. (Md.), Apr. 10, 1949.

E-345

CB-5

34

50. Fox, Kenneth R.: Engineering Aspects of Textile Structures. Mech. Eng., vol. 78, no. 6, June 1956, pp. 517-520.

51. Hasbrook, A. Howard: Crash Survival Study of a Survivable Accident Involving a Piper PA-11, Cornell-Guggenheim Aviation Safety Center, May 1954.

E-345

E-345

CB-5 -back

BIBLIOGRAPHY

I. Spineward Acceleration

Anon.: Aircraft Emergency Procedure Over Water. CG-306, U.S. Coast Guard, 1956. (Available Through U.S. Govt. Printing Office.)

Anon.: New Harness Lets You Move Freely. Aviation Age, vol. 24, no. 5, Nov. 1955, pp. 206-207.

Anon.: Safety Belt Firm Makes Plane-Auto Belts. Flying, vol. 55, no. 6, Dec. 1954, p. 50-C.

Anon.: Safety Built In. Aviation Week, vol. 57, no. 21, Nov. 24, 1952, p. 17.

Anon.: Shoulder Harness Saves Three Pilots. Aviation Week, vol. 57, no. 15, Oct. 13, 1952, p. 15.

Anon.: Tests at Ford Provide Passenger-Packaging Information. CEC Recordings, vol. 9, no. 6, Nov.-Dec. 1955.

Bierman, H. R.: Test and Evaluation of Experimental Harness Under Controlled Crash Conditions. Rep. No. 11, Proj. X-630, Naval Medical Res. Inst., Apr. 10, 1947.

Bierman, Howard R., and Larsen, Victor: Distribution on Impact Forces on the Human Through Restraining Devices. Rep. No. 4, Proj. X-630, Naval Medical Res. Inst., Mar. 21, 1946.

Bierman, H. R., Wilder, Russell M., and Hellems, Harper K.: The Principles of Protection of the Human Body as Applied in a Restraining Harness for Aircraft Pilots. Rep. No. 6, Proj. X-630, Naval Medical Res. Inst., May 10, 1946.

Campbell, Horace E.: Detroit - Acceleration and Death. Car Life, vol. 4, no. 2, Feb. 1957, pp. 42; 72-73.

De Haven, Hugh: Accident Survival - Airplane and Passenger Automobile. Medical College, Cornell Univ., Jan. 1952.

De Haven, Hugh: Crash Deceleration, Crash Energy, and Their Relationship to Crash Injury. Tech. Rep. No. 6242, Medical College, Cornell Univ., Dec. 1950.

De Haven, Hugh: Current Safety Considerations in the Design of Passenger Seats for Transport Aircraft. Medical College, Cornell Univ., June 1952.

36

De Haven, Hugh: Mechanical Analysis of Survival in Falls from Heights of Fifty to One Hundred and Fifty Feet. War Medicine, vol. 2, July 1942, pp. 586-596.

De Haven, Hugh: The Site, Frequency and Dangerousness of Injury Sustained by 800 Survivors of Lightplane Accidents. Medical College, Cornell Univ., July 1952.

De Haven, Hugh, and Hasbrook, A. Howard: Shoulder Harness: It's Use and Effectiveness. Medical College, Cornell Univ., Nov. 1, 1952.

De Haven, Hugh, Tourin, Boris, and Macri, Salvatore: Aircraft Safety Belts: Their Injury Effect on the Human Body. Medical College, Cornell Univ., July 1953.

Denzin, E. C.: A Decelerator for Human Experimentation. AF Tech. Rep. No. 5973, Air Materiel Command, USAF, Feb. 1950.

Duane, T. D., Beckman, Edward L., Ziegler, J. E., and Hunter, H. N.: Some Observations on Human Tolerance to Exposures of 15 Transverse G. MA-5305, U.S. Naval Air Dev. Center, July 30, 1953.

DuBois, Eugene F.: Safety Belts Are Not Dangerous. British Medical Jour., Sept. 27, 1952, pp. 685-686.

Dye, Edward R.: Cornell University Tests Show Just What Happens in a Crash and How to Protect Yourself. Woman's Day, vol. 18, no. 2, Nov. 1954, p. 32.

Dye, E. R.: Kinematic Behavior of the Human Body During Crash Deceleration. Rep. No. OM-596-J-1, Cornell Aero. Lab., Inc., Nov. 10, 1949. (See also Preprint 261, Inst. Aero. Sci., 1950.)

Evans, R.: The Relative Crash Protective Qualities and Deficiencies of Passenger Seat MIL-S-7877 (Aer) in Forward and Aft Facing Positions. Rep. TED No. NAM AE 6303, Aero. Medical Equipment Lab., Naval Air Materiel Center, Nov. 15, 1954.

Fasola, Alfred F., Baker, Rollo C., and Hitchcock, Fred A.: Anatomical and Physiological Effects of Rapid Deceleration. TR 54-218, WADC, Aug. 1955.

Gerlough, D. L.: Instrumentation for Automobile Crash Injury Research. Jour. Instr. Soc. Am., vol. 1, no. 12, Dec. 1954, pp. 29-32.

Hasbrook, A. Howard: Crash-Injury Study of the Northeast Airlines-Convair 240 Accident at LaGuardia Airport on January 14, 1952. Release No. 11, Medical College, Cornell Univ., Aug. 1952.

E-345

Hasbrook, A. Howard:  Crash Survival Study:  De Havilland Dove Accident at Staten Island Airport December 9, 1952.  Release 3-13, Cornell-Guggenheim Aviation Safety Center, Nov. 1954.

Hasbrook, A. Howard:  Crash Survival Study of a Survivable Accident Involving a Piper PA-11.  Release 1-16, Cornell-Guggenheim Aviation Safety Center, May 1954.

Hawkes, Russell:  Human Factors Approaching Maturity.  Aviation Week, vol. 66, no. 8, Feb. 25, 1957, pp. 201-202.

Hawkes, Russell:  Air Crash Death or Injury May Be Prevented by Sound Detail Design.  Aviation Week, vol. 65, no. 19, Nov. 5, 1956, pp. 61-79.

Joffe, M. H.:  Anatomical and Physiological Factors Involved in Tolerance to Rapid Acceleration.  Ph.D. Thesis, Ohio Univ., 1949.

Kalogeris, J. G.:  Torso Harness Solves Ejection Problems.  Aviation Age, vol. 27, no. 3, Mar. 1957, pp. 66-69.

Kelly, H. B., Jr.:  Flight Test of Integrated Harness System Equipment.  TED PTR AE-5205, Rep. No. 7, Naval Air Test Station, Oct. 25, 1956.

Moseley, H. G.:  Injuries Incurred in Aircraft Accidents.  Military Medicine, vol. 116, June 1955, pp. 440-445.

Ogg, Richard N.:  Pilot Describes Stratocruiser Ditching.  Aviation Week, vol. 66, no. 12, Mar. 25, 1957, pp. 133-142.

Ruff, Siegfried:  Brief Acceleration:  Less Than One Second.  Vol. I of German Aviation Medicine - World War II, pt. VI-C, Dept. Air Force, 1950, pp. 584-599.

Shaw, R. R.:  Relative Comfort in Forward and Backward Facing Seats.  Rep. SM-18, Issue 2, Dept. Civil Aviation (Australia), May 25, 1956.

Sorin, A. Benjamin:  The Relative Crash Protective Qualities and Deficiencies of MIL-S-7877 Passenger Seats in Forward and at Facing Positions.  Bur. Aero., Flight Safety Foundation, Inc., 1955.

Stapp, John P.:  Crash Protection in Air Transports.  Aero. Eng. Rev., vol. 12, no. 4, Apr. 1953, pp. 71-78.

Stapp, John Paul:  Human Tolerance to Deceleration - Summary of 166 Runs.  Jour. Aviation Medicine, vol. 22, no. 1, Feb. 1951, pp. 42-45; 85.

Stapp, John P.:  Effects of Mechanical Force on Living Tissues.  I - Abrupt Deceleration and Windblast.  Jour. Aviation Medicine, vol. 26, no. 4, Aug. 1955, pp. 268-288.

38

Stapp, John P.:  Tolerance to Abrupt Deceleration.  AGARDograph No. 6,
    Collected Papers on Aviation Medicine, Butterworths Sci. Pub., 1955,
    pp. 122-139.

Stapp, John Paul:  Human Exposures to Linear Deceleration.  II - The
    Forward-Facing Position and the Development of a Crash Harness.  Rep.
    No. 5915, USAF, Dec. 1951.

Stapp, J. P., and Hughes, C. D.:  Effects of Mechanical Force on Living
    Tissues.  II - Supersonic Deceleration and Windblast.  Jour. Aviation
    Medicine, vol. 27, no. 5, Oct. 1956, pp. 407-413.


II. Sternumward Acceleration

Anon.:  Aircraft Emergency Procedure Over Water.  CG-306, U.S. Coast
    Guard, 1956.  (Available Through U.S. Govt. Printing Office.)

De Haven, Hugh:  Mechanical Analysis of Survival in Falls from Heights
    of Fifty to One Hundred and Fifty Feet.  War Medicine, vol. 2, July
    1942, pp. 586-596.

De Haven, Hugh:  Protective Design in Forward and Rearward Facing Seats
    in Transport Aircraft.  Paper No. 29, SAE, 1953.

Denzin, E. C.:  A Decelerator for Human Experimentation.  Rep. No. 5973,
    Air Materiel Command, USAF, Feb. 1950.

Duane, T. D., Beckman, Edward L., Ziegler, J. E., and Hunter, H. N.:
    Some Observations on Human Tolerance to Exposures of 15 Transverse G.
    MA-5305, U.S. Naval Air Dev. Center, July 30, 1953.

DuBois, E. F.:  Safety Belts Are Not Dangerous.  British Medical Jour.,
    Sept. 27, 1952, pp. 685-686.

Evans, R.:  The Relative Crash Protective Qualities and Deficiencies of
    Passenger Seat MIL-S-7877 (Aer) in Forward and Aft Facing Positions.
    Rep. TED No. NAM AE 6303, Aero. Medical Equipment Lab., Naval Air Ma-
    teriel Center, Nov. 15, 1954.

Harvey, E. Bruce:  Passenger Seating in Transport Aircraft.  British
    Joint Services Mission, 1956.

Hasbrook, A. Howard:  Crash Survival Study:  DeHavilland Dove Accident
    at Staten Island Airport December 9, 1952.  Release 3-13, Cornell-
    Guggenheim Aviation Safety Center, Nov. 14, 1954.

Hawkes, Russell:  Air Crash Death or Injury May Be Prevented by Sound
Detail Design.  Aviation Week, vol. 65, no. 19, Nov. 5, 1956, pp. 61-79.

Hawkes, Russell:  Human Factors Approaching Maturity.  Aviation Week,
vol. 66, no. 8, Feb. 25, 1957, pp. 201-202.

Keating, Charles E.:  40 G Ditching Seats.  Rep. No. 664, Century Eng.,
Inc., Apr. 26, 1954.

McFarland, Ross A.:  Human Problems in Jet Air Transportation.  Paper
No. 504, SAE, 1955.

Ogg, Richard N.:  Pilot Describes Stratocruiser Ditching.  Aviation
Week, vol. 66, no. 12, Mar. 25, 1957, pp. 133-142.

Ruff, Siegfried:  Brief Acceleration:  Less Than One Second.  Vol. I of
German Aviation Medicine - World War II, pt. VI-C, Dept. Air Force,
1950, pp. 584-599.

Shaw, R. R.:  Notes on Backward Facing Seats.  Dept. Civil Aviation,
Commonwealth of Australia, July 1952.

Shaw, R. R.:  Relative Comfort in Forward and Backward Facing Seats.
Rep. SM-18, Issue 2, Dept. Civil Aviation (Australia), May 25, 1956.

Sorin, A. Benjamin:  The Relative Crash Protective Qualities and Defi-
ciencies of MIL-S-7877 Passenger Seats in Forward and at Facing Posi-
tions.  Bur. Aero., Flight Safety Foundation, Inc., 1955.

Stanfield, Robert I.:  USAF Reports Rearward Seating Safer.  Aviation
Week, vol. 66, no. 6, Feb. 11, 1957, p. 91.

Stapp, J. P.:  Crash Protection in Air Transports.  Aero. Eng. Rev.,
vol. 12, no. 4, Apr. 1953, pp. 71-78.

Stapp, John Paul:  Human Exposures to Linear Deceleration.  I - Prelimi-
nary Survey of Aft-Facing Seated Position.  Rep. No. 5915, USAF, June
1949.

Stapp, John Paul:  Human Exposures to Linear Deceleration.  II - The
Forward-Facing Position and the Development of a Crash Harness.  Rep.
No. 5915, USAF, Dec. 1951.

Stapp, John Paul:  Human Tolerance to Deceleration - Summary of 166 Runs.
Jour. Aviation Medicine, vol. 22, no. 1, Feb. 1951, pp. 42-54; 85.

Stapp, John P.:  Tolerance to Abrupt Deceleration.  AGARDograph No. 6,
Collected Papers on Aviation Medicine, Butterworths Sci. Pub., 1955,
pp. 122-139.

40

### III. Headward Acceleration

Anon.: ARDC Sled Tests Ejection Impact Force. Aviation Week, vol. 65, no. 24, Dec. 10, 1956, pp. 81, 83.

Anon.: Developing the Martin-Baker Ejection Seat. The Aeroplane, vol. XC, no. 2324, Feb. 3, 1956, pp. 141-143.

Anon.: Developing the Martin-Baker Ejection Seat. The Aeroplane, vol. XC, no. 2325, Feb. 10, 1956, pp. 168-171.

Anon.: Down Boy, Down. Flying Safety, vol. 12, no. 2, Feb. 1956, pp. 16-20.

Anon.: Ejection Seat Development in Sweden. The Aeroplane, vol. LXXXV, no. 2209, Nov. 20, 1953, pp. 692-694.

Anon.: Engineering Manual - Cartridge Actuated Devices for Aircraft Use. Frankford Arsenal, Phila., Pa., Jan. 1954.

Anon.: Internal Vibrations Excited in the Operation of Personnel Emergency Catapult. Memo. Rep. MR-340, Frankford Arsenal, Nov. 26, 1946.

Anon.: Safe Test Ejections Made from 50 Feet. Aviation Week, vol. 61, no. 20, Nov. 15, 1954, p. 64.

Anon.: Sciatic Pain and the Intervertebral Disc. Bur. Medicine and Surgery Film MN-1966, 1946.

Anon.: Shock Absorbing Seat Reduces Injuries. Aviation Week, vol. 66, no. 14, Apr. 8, 1957, p. 61.

Anon.: Two New Escape Seats Developed. Aviation Week, vol. 66, no. 17, Apr. 29, 1957, p. 37.

Ames, W. H.: Human Tolerance to High Linear Accelerations of Short Duration. Military Surgeon, Aug. 1948, pp. 96-99.

Beckman, Edward L., Duane, T. D., Ziegler, J. E., and Hunter, H. N.: Human Tolerance to High Positive G Applied at a Rate of 5 to 10 G Per Second. MA-5302, Phase IV, U.S. Naval Air Dev. Center, June 3, 1953.

Bosee, Roland A., and Buhler, W. C.: VTO Bailing Out. Aviation Week, vol. 62, no. 17, Apr. 25, 1955, p. 36.

Cushman, Robert: Rocket-Tube Ejector Adds to Escape Margin for Jet Pilots. Aviation Week, vol. 65, no. 20, Nov. 12, 1956, pp. 71-77.

E-345

Frost, Richard H.:  Escape from High-Speed Aircraft.  Aero. Eng. Rev.,
    vol. 14, no. 9, Sept. 1955, pp. 35-45.

Gauer, Otto:  The Physiological Effects of Prolonged Acceleration.  Vol.
    I of German Aviation Medicine, World War II, Dept. Air Force, 1950,
    ch. VI-B, pp. 554-584.

Geertz, Arno (William F. Sheeley, ed.):  Limits and Special Problems in
    the Use of Seat Catapults.  Aero. Medical Center Trans., AAF, Aug. 30,
    1946.

Hallenbeck, George A., Penrod, K. E., and MacCardle, Ross:  Magnitude
    and Duration of Opening Parachute Shock.  Air Surgeon's Bull., vol. 2,
    Feb. 1945, pp. 35-37.

Hallenbeck, George A., MacCardle, Ross C., and Penrod, Kenneth E.:  The
    Magnitude and Duration of Parachute Opening Shocks at Various Altitudes
    and Air Speeds.  Eng. 49-696-66, AAF, July 8, 1944.

Ham, G. C.:  Effects of Centrifugal Acceleration on Living Organisms.
    War Medicine, vol. 3, 1943, pp. 30-56.

Hess, John L.:  The Approximation of the Response of the Human Torso to
    Large Rapidly Applied Upward Accelerations by That of an Elastic Rod
    amd Comparison with Ejection Seat Data.  Rep. ES 26472, Douglas Air-
    craft Co., Inc., Nov. 26, 1956.

Heymans, Robert J., and Stanley, Robert M.:  Crew Survival in the Jet
    Age.  Preprint No. 750, SAE, 1956.

Hunter, Howard N.:  Evaluation of Martin-Baker and AAF T-2 Personnel
    Catapults.  Rep. No. TED NAM 256005, pt. 2, Naval Air Exp. Station,
    1947.

Hunter, Howard N., and Watts, Daniel T.:  The Effect of Temperature on
    the Performance of the Martin-Baker Multiple Charge Ejector Seat Cata-
    pult.  Rep. No. TED NAM 256005, pt. 3, Naval Air Exp. Station, Mar. 14,
    1947.

Kalogeris, J. G.:  Torso Harness Solves Ejection Problems.  Aviation Age,
    vol. 27, no. 3, Mar. 1957, pp. 66-69.

Kelly, H. B., Jr.:  Flight Test of Integrated Harness System Equipment.
    TED PTR AE-5205, Naval Air Test Center, Oct. 24, 1956.

Latham, F.:  Physiological Requirements of Ejection Seats.  FPRC/Memo.
    63, RAE Inst. Aviation Medicine, Flying Personnel Res. Comm., Sept.
    1955.

42

Lovelace, W. Randolph, Baldes, Edward J., and Wulff, Verner J.:  The
   Ejection Seat for Emergency Escape from High-Speed Aircraft.  Memo.
   Rep. TSEAL 3-696-74C, Air Tech. Service Command, AAF, Aug. 31, 1945.

Mackie, Robert R., Morehouse, Laurence, and Clegg, Donald A.:  Measure-
   ment of Forces Affecting Human Bodies in Aircraft Accidents.  Tech.
   Rep. No. 2, Human Factors Res., Inc., Feb. 1956.  (Contract
   N-onr-152700.)

Martin, James E.:  Ejection from High Speed Aircraft.  Martin-Baker Air-
   craft Co., Ltd., England, 1957.

Martin, James:  Ejection from High Speed Aircraft.  Jour. Roy. Aero.
   Soc., vol. 60, no. 550, Oct. 1956, pp. 659-668.

Moseley, H. G.:  Injuries Incurred in Aircraft Accidents.  Military Med-
   icine, vol. 116, June 1955, pp. 440-445.

Noble, R., Mendelson, E. S., and Watts, D. T.:  Dynamic Responses in the
   Ejection Seat System.  Rep. TED NAM 256005, Rep. No. 5, Naval Air Exp.
   Station, Aug. 7, 1947.

Poppen, J. R.:  The Need or Desirability of Footrests on Upward Ejectable
   Seats.  Rep. No. ES-17693, Eng. Dept., Douglas Aircraft Co., June 29,
   1954.

Poppen, J. R.:  Some Factors Influencing Seat Design Loads.  Rep. No.
   ES 17277, Eng. Dept., Douglas Aircraft Co., Feb. 26, 1953.

Read, F. W.:  Servicing Memorandum and Test Report for SAAB Ejection
   Seat.  Library Trans. No. 370, RAE, Apr. 1951.

Richter, Herbert:  Catapult Seat He 280.  The Ejection Seat for Emergency
   Escape for High-Speed Aircraft.  Appendix 8, 3-696-74C, AAF, Aug. 31,
   1945, pp. 153-181.

Ruff, Siegfried:  Brief Acceleration:  Less Than One Second.  Vol. I of
   German Aviation Medicine - World War II, pt. VI-C, Dept. Air Force,
   1950, pp. 584-599.

Ruff, Siegfried:  Medical Problems Concerning Parachute Jumps from High
   Altitudes and High Velocities.  The Ejection Seat for Emergency Escape
   from High-Speed Aircraft, TSEAL 3-696-74C, AAF, Aug. 31, 1945, pp. 102-
   117.

Savely, Harvey E., Ames, William H., and Sweeney, Henry M.:  Laboratory
   Tests of Catapult Ejection Seat Using Human Subjects.  Memo. Rep. No.
   TSEAL 695-66C, AAF, Oct. 30, 1946.

Schneider, Justus:  Protective Measures for the Prevention of Injuries -
Especially Spinal Fractures in Aircraft on Skids.  German Aviation
Medicine - World War II, ch. VI-E, Dept. Air Force, 1950, pp. 612-616.

Schuebel, Franz N.:  Parachute Opening Shock.  Vol. I of German Aviation
Medicine - World War II, ch. VI-D, Dept. Air Force, 1950, pp. 599-611.

Shaw, Robert S., and Savely, Harvey E.:  Acceleration-Time Diagram for
Catapult Ejection Seats.  Memo. Rep. No. TSEAA-695-66D, AAF, Feb. 11,
1947.

Stapp, J. P.:  Tolerance to Abrupt Deceleration.  AGARDograph No. 6, Col-
lected Papers on Aviation Medicine, Butterworths Sci. Pub., 1955,
pp. 122-139.

Stapp, John P.:  Human Factors of Supersonic Escape.  Preprint No. 748,
SAE, 1956.

Watts, Daniel T., Mendelson, E. S., and Hunter, H. N.:  Evaluation of a
Face Curtain and Arm Rests for Use on Ejection Seats.  Rep. TED No.
NAM 256005, Rep. No. 4, Naval Air Exp. Station, Mar. 5, 1947.

Watts, Daniel T., Mendelson, E. S., and Kornfield, A. T.:  Human Toler-
ance to Accelerations Applied from Seat to Head During Ejection Seat
Tests.  Rep. TED No. NAM 256005, Rep. No. 1, Naval Air Exp. Station,
Jan. 31, 1947.

Wiesehöfer, H.:  Aviation Medical Principles for the Construction of
Emergency Ejection Seats.  The Ejection Seat for Emergency Escape from
High-Speed Aircraft, TSEAL 3-696-74C, AAF, Aug. 31, 1945, pp. 32-52.

Wiesehöfer, H.:  Catapult Seat Ejection with Human Subjects:  Tolerance
to Acceleration of Persons Ejected from the Do 335 and He 219.  The
Ejection Seat for Emergency Escape from High-Speed Aircraft, TSEAL
3-696-74C, AAF, Aug. 31, 1945, pp. 258-266.

## IV. Tailward Acceleration

Anon.:  Ejection Seat Developed for Mach 3 after ARDC Decides on Capsules.
Aviation Week, vol. 65, no. 16, Oct. 8, 1956, p. 72.

Anon.:  Engineering Manual - Cartridge Actuated Devices for Aircraft Use.
Frankford Arsenal, Phila., Pa., Jan. 1954.

Armstrong, Harry G.:  Speed and Acceleration.  Ch. XXI of Principles and
Practice of Aviation Medicine, Third ed., The Williams and Wilkins Co.,
1952, pp. 353-380.

E-345

CB-6 back

44

Armstrong, Harry G., and Heim, J. W.:  The Effects of Acceleration on
the Living Organism.  TR 4362, Air Corps, Dec. 1, 1937.

Beckman, Edward L.:  The Influence of Footward Acceleration Upon the
Fluid Systems of the Intracranial Cavity.  MA-5101, Naval Air Dev.
Center, Mar. 8, 1951.

Beckman, Edward L.:  The Influence of Footward Acceleration Upon the
Fluid Systems of the Intracranial Cavity.  MA-5102, Naval Air Dev. Cen-
ter, Sept. 11, 1951.

Beckman, Edward L., and Ratcliffe, H. L.:  A Post-Mortem Study of Rhesus
Monkeys at Intervals After Single or Repeated Exposure to Negative Ac-
celeration.  Jour. Aviation Medicine, vol. 27, no. 2, Apr. 1956,
pp. 117-130.

Christian, George:  Supersonic Escape Capsule Completed.  Aviation Week,
vol. 66, no. 21, May 27, 1957, pp. 77-82.

Gamble, James L., and Shaw, Robert S.:  Pathology in Dogs Exposed to Neg-
ative Acceleration.  TSEAA-695-74B, USAF, Aug. 18, 1947.

Gamble, James L., and Shaw, Robert S.:  Animal Studies on Impact Negative
Acceleration.  MCREXD 695-74G, USAF, Mar. 10, 1948.

Gamble, James L., et al:  Physiological Changes During Negative Accelera-
tion.  MCREXD-695-74L, USAF, July 25, 1948.

Gamble, James R., Jr., Shaw, Robert S., Henry, James P., and Gauer, Otto
H.:  Cerebral Dysfunction During Negative Acceleration.  Jour. Appl.
Physiology, vol. 2, Sept. 1949, pp. 133-140.

Hecht, Kenneth F., Sperry, Edward G., and Beaupre, Francis J.:  Downward
Crew Ejection Seat Tests from the B-47B Airplane.  TR 53-444, WADC,
Nov. 1953.

Henry, James P., et al:  Animal Studies of the Effects of High Negative
Acceleration.  Rep. 1, Memo. Rep. No. MCREXD-695-74N, USAF, Jan. 20,
1949.

Lombard, C. F., et al:  The Effects of Negative Radial Acceleration on
Large Experimental Animals (Goats).  ONR Tech. Rep., Proj. NR 161-014,
Jan. 1948.

Rosenfeld, Sheldon, and Lombard, Charles F.:  Cardiovascular Pressor Re-
flex Mechanism and Cerebral Circulation Under Negative G - Head-to-
Tail Acceleration.  Jour. Aviation Medicine, vol. 21, no. 4, Aug. 1950,
pp. 293-303.

E-345

Rushmer, Robert F., Beckman, Edward L., and Lee, David:  Protection of
the Cerebral Circulation by the Cerebrospinal Fluid Under the Influ-
ence of Radial Acceleration.  Am. Jour. Physiology, vol. 151, no. 2,
Dec. 1947, pp. 355-365.

Rothwell, Walter S., and Sperry, Edward G.:  Escape from Aircraft by
Downward Ejection.  Jour. Aviation Medicine, vol. 24, no. 4, Aug. 1953,
pp. 322-327.

Ryan, E. A., Kerr, W. K., and Franks, W. R.:  Some Physiological Findings
On Normal Men Subjected to Negative G.  Jour. Aviation Medicine, vol.
21, no. 3, June 1950, pp. 173-194.

Santi, Gino P.:  Flight Tests of Downward and Rearward Ejected Seats Con-
ducted with a B-29 Airplane.  TR 53-360, WADC, Oct. 1953.

Shaw, Robert S.:  Human Tolerance to Acceleration in Downward Seat Ejec-
tion.  Memo. Rep. TSEAA-695-74C, USAF, Dec. 12, 1947.

Shaw, Robert S.:  Human Tolerance to Negative G of Short Duration.  Memo.
Rep., Aero. Medical Lab., AAF, May 19, 1947.

Shaw, Robert S.:  Test Firing of T-7 Catapult for Downward Seat Ejection.
Memo. Rep. No. MCREXD-695-741, WADC, May 11, 1948.

Simons, D. G., and Henry, J. P.:  Electroencephalographic Changes Occur-
ring During Negative Acceleration.  Tech. Rep. No. 5966, USAF, Nov.
1949.

Sperry, Edward G., Nielsen, Henry P., and Barash, Ira M.:  Downward Ejec-
tions at High Speeds and High Altitudes.  Jour. Aviation Medicine, vol.
26, no. 5, Oct. 1955, pp. 356-372.

Stapp, John P.:  Tolerance to Abrupt Deceleration.  AGARDograph No. 6,
Collected Papers on Aviation Medicine, Butterworths Sci. Pub., 1955,
pp. 122-129.

Stauffer, Floyd H., and Hyman, Chester:  Fluid Shifts During Exposure to
Acceleration:  Rapid Local Changes Under Negative G.  Am. Jour. Physi-
ology, vol. 153, no. 1, Apr. 1948, pp. 64-70.

Stauffer, Floyd H.:  Further Evidence of Fluid Translocation During
Varied Acceleration Stresses:  Gross Pathological Findings and Weight
Changes in Specific Tissues.  Final Rep. Apr. 9, 1946 - Aug. 31, 1951,
Dept. Aviation Medicine, Univ. Southern Calif., July 10, 1951.

Wilkins, R. W., et al:  Circulatory Adjustments to the Head-Down Posture.
Jour. Clinical Investigation, vol. 25, 1946, p. 937.

46

E-345

## V. Head Injury

Brown, George W., Brown, Marjorie L., and Hines, Harry M.: Cardiovascular and Respiratory Changes Associated with Experimental Concussion in Dogs.  Tech. Rep. No. 6737, WADC, Oct. 1951.

De Haven, Hugh, and Hasbrook, A. Howard:  Shoulder Harness:  Its Use and Effectiveness.  Medical College, Cornell Univ., Nov. 1, 1952.

Denny-Brown, D., and Russell, W. Ritchie:  Experimental Cerebral Concussion.  Vol. LXIV.  Brain, MacMillian and Co., Ltd., Sept. 1941, pp. 93-165.

Dye, Edward R.:  Protection of the Human Head from Blows Delivered by a Flat Surface.  Safety Education, vol. 32, Apr. 1953, pp. 8-11.

Gurdjian, E. S., and Lissner, H. R.:  Deformation of the Skull in Head Injury.  Surgery, Gynecology and Obstetrics, vol. 81, 1945, pp. 679-687.

Gurdjian, E. S., and Webster, J. E.:  Experimental Head Injury with Special Reference to Mechanical Factors in Acute Trauma.  Surgery, Gynecology and Obstetrics, vol. 76, 1943, pp. 623-634.

Gurdjian, E. S., and Webster, J. E.:  Trauma of the Central Nervous System.  Proc. Assoc. for Res. in Nervous and Mental Disease.  Vol. XXIV. The Williams & Wilkins Co., 1945, pp. 48-98.

Lissner, H. R., and Gurdjian, E. S.:  A Study of the Mechanical Behavior of the Skull and Its Contents When Subjected to Injuring Blows.  Proc. Soc. Exp. Stress Analysis, vol. 3, no. 2, 1946, pp. 40-46.

Lissner, H. R., Gurdjian, E. S., and Webster, J. E.:  Mechanics of Skull Fracture.  Proc. Soc. Exp. Stress Analysis, vol. 7, no. 1, 1947, pp. 61-70.

Lombard, Charles F., Ames, Smith W., and Rosenfield, Sheldon:  Voluntary Tolerance of the Human to Impact Accelerations of the Head.  Jour. Aviation Medicine, vol. 22, no. 2, Apr. 1951, pp. 109-116.

Moseley, H. G.:  Injuries Incurred in Aircraft Accidents.  Military Medicine, vol. 116, June 1955, pp. 440-445.

Schneider, Justus:  Protective Equipment for the Flier.  Vol. I of German Aviation Medicine - World War II, ch. VI-H, Dept. Air Force, 1950, pp. 645-648.

Smith, A. C.:  An Investigation of Crash Hazards of Automotive Interior Components Forward of the Occupants.  Rep. No. YB-866-D-1, Cornell Aero. Lab., Inc., 1954.

Spatz, Hugo:  Brain Injuries in Aviation.  German Aviation Medicine -
World War II, ch. VI-F, Dept. Air Force, 1950, pp. 616-640.

Wahl, N. E., and Whiting, A. A.:  Head Impact Investigation.  Rep. No.
OG-537-D-9, Cornell Aero. Lab., Inc., Dec. 22, 1948.

Whiting, A. A.:  Determination of Optimum Construction of a Boxing Plat-
form to Reduce Dangers of Head Impact Injury on Impact.  Rep. No.
OG-742-D-1, Cornell Aero. Lab., Inc., Apr. 10, 1951.

Whiting, A. A., et al.:  Head Impact and Helmet Investigation.  Rep. No.
OG-675-D-5, Cornell Aero. Lab., Inc.

### VI. Harnesses and Materials

Anon.:  An Investigation of Lap Type Safety Belts and Shoulder Harnesses.
Rep. M-4851, Naval Aircraft Factory, June 1, 1949.

Anon.:  SAE Recommends Test Procedures for Motor Vehicle Lap Belts.  SAE
Jour., vol. 63, no. 12, Dec. 1955, pp. 45-47.

Bierman, H. R.:  Test and Evaluation of Experimental Harness Under Con-
trolled Crash Conditions.  Rep. No. 11, Proj. X-630, Naval Medical Res.
Inst., Apr. 10, 1947.

Bierman, Howard R., and Larsen, Victor:  Distribution on Impact Forces
on the Human Through Restraining Devices.  Rep. No. 4, Proj. Y-630,
Naval Medical Res. Inst., Mar. 21, 1946.

Bierman, H. R., Wilder, Russell M., and Hellems, Harper K.:  The Princi-
ples of Protection of the Human Body as Applied in a Restraining Har-
ness for Aircraft Pilots.  Rep. No. 6, Proj. X-630, Naval Medical Res.
Inst., May 10, 1946.

Darras, Jules:  Shoulder Harness Webbing:  A Comparison of Dacron, Nylon,
and Cotton.  Rep. No. ES-17449, Douglas Aircraft Co., Inc., Oct. 6,
1953.

De Haven H., and Hasbrook, A. Howard:  Shoulder Harness:  Its Use and Ef-
fectiveness.  Medical College, Cornell Univ., Nov. 1, 1952.

De Haven, Hugh, Tourin, Boris, and Macri, Salvatore:  Aircraft Safety
Belts:  Their Injury Effect on the Human Body.  Medical College, Cor-
nell Univ., July 1953.

Dye, E. R.:  Kinematic Behavior of the Human Body in Crash Decelerations.
Preprint 261, Inst. Aero. Sci., 1950.

48

Dye, E. R.:  Kinematic Behavior of the Human Body in Crash Decelerations.
Rep. No. OM-596-J1, Cornell Aero. Lab., Inc., Nov. 10, 1949.

Dye, E. R.:  Research on Padding Material.  Rep. No. OG-674-D-2, Cornell
Aero Lab., Inc., Dec. 27, 1951.

Fox, Kenneth R.:  Engineering Aspects of Textile Structures.  Mech. Eng.,
vol. 78, no. 6, June 1956, pp. 517-520.

Lee, W. J.:  Study and Development of Protective Athletic Garments Uti-
lizing Beam-Pad Principle.  Rep. No. OG-674-D-4, Cornell Aero. Lab.,
Inc., Aug. 18, 1953.

Mayfield, Glover B., and Crook, Mary C.:  Tests to Determine Strength of
Safety Harnesses for Aircraft Pilots.  Rep. 633, The David W. Taylor
Model Basin, Oct. 1948.

Roth, Herman P., Lombard, Charles F., Gross, Arthur G., and Klein, Aaron
Z.:  Studies of New Materials for Controlled Impact Energy Absorption.
Paper Presented at Nineteenth Meeting Aero. Medical Assoc. (Canada)
June 16, 1948.

Smith, M. D.:  Evaluation of "Ensolite" as a Protective Padding Material
and the Development of a "Beam-Pad" Instrument Container.  Rep. No.
YB-853-D-1, Cornell Aero. Lab., Inc., 1954.

## VII. Anthropometry

Anon.:  Description of Six Types of Anthropometric (Anthropomophic) Dum-
mies.  Sierra Eng. Co. (Calif.).

Anon.:  General Description of the Sierra Sam Model 263 95th Percentile
Anthropometric (Anthropomorphic) Test Dummy.  Sierra Eng. Co. (Calif.),
1959.

Anon.:  Modular Series - Anthropomorphic Test Dummies.  Alderson Res.
Lab., Inc., 1957.

Anon.:  A Technical Description of Sierra Sam and Family - The Anthro-
pometric (Anthropomorphic) Test Dummies.  Sierra Eng. Co. (Calif.),
cc. 1955.

Dempster, Wilfred Taylor:  Space Requirements of the Seated Operator.
Geometrical, Kinematic, and Mechanical Aspects of the Body with Spe-
cial Reference to the Limbs.  Tech Rep. 55-159, WADC, July 1955.

E-345

E-345

CB-7

Hertzberg, H. T. E., Daniel, G. S., and Churchill, E.: Anthropometry of Flying personnel. TR 52-321, WADC, Sept. 1954.

Lovell, G.: Design and Development of the RAE Dummy of the Standard Airman. Tech. Note Mech. Eng. 176, British RAE, May 1954.

McFarland, Ross A., et al: Human Body Size and Capabilities in the Design and Operation of Vehicular Equipment. Harvard School of Public Health, 1953, p. 239.

Swearingen, John J.: Design and Construction of a Crash Dummy for Testing Shoulder Harness and Safety Belts. Civil Aero. Administration, Aero. Center, Apr. 1951.

Swearingen, John J.: Determination of Centers of Gravity of Man. Civil Aero. Administration, Aero. Center, May 1953.

## VIII. Miscellaneous

Anon.: Flight Surgeon's Manual. Manual 160-5, Dept. AF, Oct. 1954.

Anon.: Inflight Physiological and Psychological Reactions to the Supine Position. Naval Air Dev. Center, Dec. 31, 1955.

Anon.: Physiology of Flight, Human Factors in the Operation of Military Aircraft. Manual 25-2, AAF, Mar. 15, 1945, pp. 67-68.

Anon.: Survey of Research Projects in the Field of Aviation Safety. The Daniel and Florence Guggenheim Aviation Center, Jan. 1, 1953.

Armstrong, Harry G.: Speed and Acceleration. Ch. XXI of Principles and Practice of Aviation Medicine, Third ed., The Williams & Wilkins Co., 1952, pp. 353-380.

Armstrong, Harry G., and Heim, J. W.: The Effects of Acceleration on the Living Organism. TR 4362, Air Corps, Dec. 1, 1937.

Beckman, E. L., Ziegler, J. E., Duane, T. D., and Hunter, H. N.: Some Observations on Human Tolerance to Accelerative Stress. Phase II. Preliminary Studies on Primates Subjected to Maximum Simple Accelerative Loads. Jour. Aviation Medicine, vol. 24, no. 5, Oct. 1953, pp. 377-392.

Beckman, Edward L., Ziegler, J. E., Duane, T. D., and Hunter, H. N.: Preliminary Studies in Primates Subjected to Maximum Simple Accelerative Loads. NADC-MA-5301, Naval Air Dev. Center, May 22, 1953.

50

Brown, John L., and Lechner, Marian:  Acceleration and Human Performance: A Survey of Research.  NADC-MA-5503, Rep. No. 1, Bur. Medicine and Surgery, U.S. Naval Air Dev. Center, Mar. 22, 1955.

Code, C. F., Wood, E. H., and Lambert, E. H.:  The Limiting Effect of Centripetal Acceleration on Man's Ability to Move.  Jour. Aero. Sci., vol. 14, no. 2, Feb. 1947, pp. 117-123.

Coermann, Rolf:  The Effect of Vibration and Noise on the Human Organism.  Library Trans. No. 121, British RAE, Oct. 1946.

Coermann, Rolf:  Investigations Regarding the Effect of Vibrations on the Human Organism.  TR No. 349, Air Corps., May 19, 1941.  (Trans. from Jahrbuch 1938 der Deutschen Luftfahrtforschung, pp. 111-142.)

De Haven, Hugh:  Crash Deceleration, Crash Energy, and Their Relationship to Crash Injury.  Tech. Rep. No. 6242, Medical College, Cornell Univ., Dec. 1950.

De Haven, Hugh:  Crash Research from the Point of View of Cabin Design.  Aero. Eng. Rev., vol. 5, no. 6, June 1946, pp. 11-17.

De Haven, Hugh:  Current Safety Considerations in the Design of Passenger Seats for Transport Aircraft.  Medical College, Cornell Univ., June 1952.

De Haven, Hugh:  Development of Crash-Survival Design in Personal, Executive, and Agriculture Aircraft.  Medical College, Cornell Univ., May 1953.

De Haven, Hugh:  Mechanics of Injury Under Force Condition.  Mech. Eng., vol. 66, no. 4, Apr. 1944, pp. 264-268.

Denzin, E. C.:  A Decelerator for Human Experimentation.  AF Tech. Rep. No. 5973, Air Materiel Command, USAF, Feb. 1950.

Dixon, Frederick, and Patterson, John L., Jr.:  Determination of Accelerative Forces Acting on Man in Flight and in the Human Centrifuge.  Naval School Aviation Medicine, July 1, 1953.

Dytrt, L. F., and Specht, W.:  Impact Determinations.  General Electric Rev., vol. 48, no. 6, June 1945, pp. 50-54.

Fasola, Alfred F., Baker, Rollo C., and Hitchcock, Fred A.:  Anatomical and Physiological Effects of Rapid Deceleration.  TR 54-218, WADC, Aug. 1955.

Gell, C. F., and Gard, Perry W.:  The Problem of Acceleration.  Ch. 3 of Aviation Medicine Practice, Bur. Naval Personnel, 1955, pp. 29-47.

E-345

CB-7 back

Gerlough, D. L.: Instrumentation for Automobile Crash Injury Research. Jour. Instr. Soc. Am., vol. I, no. 12, Dec. 1954, pp. 29-32.

Gross, Ervin E., Jr.: Human Response to Mechanical Vibration. Ch. VIII of Measurement of Vibration, General Radio Co. (Mass.), 1955, pp. 40-41.

Hasbrook, A. Howard: Aviation Crash Injury Research. Jour. Aviation Medicine, vol. 26, no. 3, June 1955, pp. 180-183.

Hasbrook, A. Howard: The Bio-Mechanical Analyses of Survivable-Type Aircraft Accidents as a Factor in Improving Safety. Preprint No. 711, Inst. Aero. Sci., 1957.

Hasbrook, A. Howard: Crash Survival Study: National Airlines DC-6 Accident at Elizabeth, New Jersey on February 11, 1952. Medical College, Cornell Univ., Oct. 1953.

Hass, George M.: Relations Between Force, Major Injuries and Aircraft Structure with Suggestions for Safety in Design in Aircraft. Jour. Aviation Medicine, vol. 15, Dec. 1944, pp. 395-400.

Hass, George M.: Types of Internal Injuries of Personnel Involved in Aircraft Accidents. Jour. Aviation Medicine, vol. 15, Apr. 1944, pp. 77-84.

Lombard, C. F.: Human Tolerance to Forces Produced by Acceleration. Rep. No. ES-21072, Douglas Aircraft Co., Inc., Feb. 27, 1948.

Lombard, Charles F.: How Much Force Can the Body Withstand? Aviation Week, vol. 50, no. 1, Jan. 17, 1949, pp. 20-21; 23-25; 27-28.

Mangurian, G. N.: Is the Present Aircraft Structural Factor of Safety Realistic? Preprint 478, Inst. Aero. Sci., 1954.

Raulston, Burrell O., and Lombard, Charles F.: Physiological, Biochemical and Anatomical Effects of Acceleration on the Body Relative to Pilot Position in High-Speed Aircraft. Final Rep. M-35-51, Apr. 9, 1946 to Aug. 31, 1950, Dept. Aviation Medicine, Univ. Southern Calif., July 10, 1951.

Schneider, Justus: Protection Measures for Prevention of Injuries - Especially Spinal Fractures in Aircraft on Skids. German Aviation Medicine - World War II, ch. VI-E, Dept. Air Force, 1950, pp. 612-616.

Shaw, Robert S., and Savely, Harvey E.: Acceleration-Time Diagram for Catapult Ejection Seats. Memo. Rep. No. TSEAA-695-66D, AAF, Feb. 11, 1947.

52

Siegfried, Margaret: Bibliography of Research Reports Issued by the Bio-
physics Branch. WADC, Jan. 1957. (AD 126361.)

Taub, J., et al.: Crash Injury Study - KLM Royal Dutch Airlines Convair
240 Accident at Schiphol Airport on May 25, 1953. KLM-Royal Dutch Air-
lines and Dutch Dept. Aviation (RLVD), July 1954.

Weiss, H. S., Edleberg, R., Charland, P. V., and Rosenbaum, J. I.: Ani-
mal and Human Reactions to Rapid Tumbling. Jour. Aviation Medicine,
vol. 25, no. 1, Feb. 1954, pp. 5-22.

White, Clayton S.: Biological Tolerance to Accelerative Forces. Love-
lace Foundation for Medical Education and Res., June 10, 1954.

E-345

## TABLE I. – AEROMEDICAL TERMINOLOGY

[Defining rectilinear acceleration with respect to long axis of the human spine.]

| Body in normal seated position (limbs not parallel to long axis of spine), acceleration term | Standing or reclining (limbs parallel to long axis of spine), acceleration term | Direction of acceleration, or direction of stopping force applied to exterior of body | Area of body in compression against restraining device | Terms used in this report |
|---|---|---|---|---|
| Transverse (chest to back) | Prone | Sternum to spine | Pelvic area (lap and leg straps) Shoulders and rib cage; abdomen (shoulder straps) | Spineward |
| Transverse (back to chest) | Supine | Spine to sternum | Back of body and back of head (against seat back) | Sternumward |
| Positive (+g) / Headward | Positive (+g) | Hips to head | Buttocks (against seat pan) Feet (against floor) Arms (against arm rests) | Headward |
| Negative (-g) / Footward | Negative (-g) | Head to hips | Pelvic area (lap strap) Shoulders (shoulder straps) | Tailward |
| Lateral |  | Shoulder to shoulder (left or right) |  | Shoulder to shoulder (left or right) |

54

TABLE II. - SCALE OF INJURY* USED BY CORNELL CRASH INJURY RESEARCH IN CLASSIFYING DEGREE OF BODY INJURY (REP. 51)

| | Degree of injury | Classification and description of injury | Degree of injury in this report |
|---|---|---|---|
| | | **A. Minor or none** | |
| 1 | No injury | | Undebil-itated |
| 2 | Minor | "Minor" contusions, lacerations, abrasions in any area(s) of the body. Sprains, fractures, dislocations of fingers, toes, or nose. Dazed or slightly stunned. Mild concussion evidenced by mild headache, with no loss of consciousness. | Moderate |
| | | **B. Nondangerous** | |
| 3 | Moderate | "Moderate" contusions, lacerations, abrasions in any area(s) of the body. Sprains of the shoulders or principal articulations of the extremities. Uncomplicated, simple or green-stick fractures of extremities, jaw, or malar structures. Concussion as evidenced by loss of consciousness not exceeding 5 minutes, without evidence of other intracranial injury. | Moderate |
| 4 | Severe but not dangerous (survival normally assured) | Extensive lacerations without dangerous hemorrhage. Compound or comminuted fractures, or simple fractures with displacement. Dislocations of the arms, legs, shoulders or pelvisacral processes. Fracture of transverse and/or spinous processes of the spine, without evidence of spinal-cord damage. Simple fractures of vertebral bodies of the dorsal and/or lumbar spines, without evidence of spinal-cord damage. Compression fractures of L-3-4-5. Skull fracture without evidence of concussion or other intracranial injury. Concussion as evidenced by loss of consciousness from 5 to 30 minutes, without evidence of other intracranial injury. | Moderate |
| | | **C. Dangerous to life** | |
| 5 | Serious-dangerous (but survival probable) | Lacerations with dangerous hemorrhage. Simple fractures of vertebral bodies of the cervical spine, without evidence of spinal-cord damage. Compression fractures of vetebral bodies of dorsal spine and/or of L-1 and L-2, without evidence of spinal-cord damage. Crushing of extremities, or multiple fractures. Indication of moderate intrathoracic or intra-abdominal injury. Skull fracture with concussion as evidenced by loss of consciousness from 5 to 30 minutes. Concussion as evidenced by loss of consciousness from 30 minutes to 2 hours, without evidence of other intracranial injury. | Severe |
| 6 | Critical-dangerous (survival uncertain or doubtful) | (Includes fatal terminations beyond 24 hours.) Evidence of dangerous intrathoracic or intra-abdominal injury. Fractures or dislocations of vertebral bodies of cervical spine with evidence of cord damage. Compression fractures of vertebral bodies of dorsal spine and/or L-1, L-2, with evidence of spinal-cord damage. Skull fracture, with concussion as evidenced by loss of consciousness from 30 minutes to 2 hours. Concussion as evidenced by loss of consciousness beyond 2 hours. Evidence of critical intracranial injury. | Severe |
| | | **D. Fatal degrees of injury** | |
| 7 | Fatal within 24 hours of accident | Fatal lesions in single region of the body, with or without other injuries to the 4th degree. | Not used |
| 8 | Fatal within 24 hours of accident | Fatal lesions in single region of the body, with other injuries to the 5th or 6th degree. | Not used |
| 9 | Fatal | Two fatal lesions in two regions of the body, with or without other injuries elsewhere. | Not used |
| 10 | Fatal | Three or more fatal injuries - up to demolition of body | Not used |

*Based on observations during first 48 hours after injury and previously normal life expectancy.

55

E-345

TABLE III. - REMARKS OF SUBJECTS USING VARIOUS HARNESS ARRANGEMENTS (SPINEWARD ACCELERATION, REF. 12)

| Arrangement of restraining straps (fig. 3) | Harness area, sq in. | Remarks of subjects | Run (ref. 12) |
|---|---|---|---|
| Group D | .137.5 | (1) Impact to abdomen and shoulders was quite marked. | 96 |
| | | (2) Seat belt was brought up against the upper abdomen, lower rib margins very forcefully, followed by sharp pains to the ribs. | |
| Group L | ----- | (1) Hard jolt to the chest and back on impact. | 162 |
| | 186.0 | (2) The parachute did not press noticeably against the back in comparison with the pressure of the harness straps against the front of the body. | 163 |
| | | | 164 |
| | | | 165 |
| Group K | 176.5 | (1) Impact was well distributed, but pressure was noticeable on shoulders. | 142 |
| | .170.3 | | 143 |
| | 176.3 | | 146 |
| | 170.3 | | 147 |
| | ----- | (2) There was noticeable pressure by inverted "V" leg strap. | 148 |
| | 198.2 | | 149 |
| | 198.7 | | 150 |
| Group I | 204.0 | (1) The deceleration was very well distributed; some discomfort due to pinching the inner aspects of the thighs by the single thickness of #9 nylon in the inverted "V" leg strap. | 117 |
| | 238.0 | | 118 |
| Group H | 207.5 | (1) Subject's weight was distributed rather evenly on all straps. | 104 |
| | ----- | | 105 |
| | 207.5 | | 108 |
| | 201.3 | | 122 |
| | 204.0 | (2) Mild pinching of leg straps in the inner aspects of the thighs. | 123 |
| | 217.5 | | 124 |
| | ----- | | 125 |
| | ----- | | 129 |
| | 240.3 | | 130 |
| | 238.0 | | 133 |
| | 217.5 | | 135 |
| | 280.0 | | 210 |
| | 217.5 | | 211 |
| | 280.0 | | 212 |
| | 217.5 | | 213 |
| | 280.0 | | 214 |
| | 217.5 | | 215 |
| Group C | ----- | (1) Over-all shock was well distributed with no actual pain felt in any particular area. | 95 |
| | 244.5 | | 100 |
| | 240.3 | | 107 |
| | 217.5 | | 110 |
| | 240.3 | (2) Additions of restraint by chest belts resulted in pronounced flexion of the neck and increased subject's discomfort. | 111 |
| | | (3) Less pressure on legs and less pinching of thighs were noted. | |

56

TABLE IV. - HUMAN-BODY RESTRAINT AND POSSIBLE INCREASED IMPACT SURVIVABILITY

| Direction of acceleration imposed on seated occupants | Conventional restraint | Possible survivability increases available by additional body supports | Body-support harness used in experimental live exposures[1] |
|---|---|---|---|
| Spineward: Crew | Lap strap Shoulder straps | Forward facing:<br>(a) Thigh straps (Assume crew members will be performing emergency duties with hands and feet at impact.) | Lap strap Shoulder straps Thigh straps Extremities tied (Chest strap optional) |
| Passengers | Lap strap | Forward facing:<br>(a) Shoulder straps<br>(b) Thigh straps<br>(c) Nonfailing arm rests<br>(d) Suitable hand-holds<br>(e) Emergency toe straps in floor | (Same as above) |
| Sternumward: Passengers only | Lap strap | Aft facing:<br>(a) Nondeflecting seat back and<br>(b) Integral, full-height head rest<br>(c) Chest strap (axillary level)<br>(d) Lateral head motion restricted by padded "winged back"<br>(e) Leg and foot barriers<br>(f) Arm rests and hand-holds (prevent arm displacement beyond seat back) | Lap strap Chest strap (axillary level) Integral head rest Crash helmet Hand-holds Foot ties |
| Headward: Crew | Lap strap Shoulder straps | Forward facing:<br>(a) Thigh straps<br>(b) Chest strap (axillary level)<br>(c) Full, integral head rest<br>(Assume crew members will be performing emergency duties; extremity restraint useless.) | Lap strap Shoulder straps Arm rests (varied) or face curtain |
| Passengers | Lap strap | Forward facing:<br>(a) Shoulder straps<br>(b) Thigh straps<br>(c) Chest strap (axillary level)<br>(d) Full, integral head rest<br>(e) Nonfailing contoured arm rests<br>(f) Suitable hand-holds<br><br>Aft facing:<br>(a) Chest strap (axillary level)<br>(b) Full, integral head rest<br>(c) Nonfailing arm rests<br>(d) Suitable hand-holds | (Same as above) |
| Tailward: Crew | Lap strap Shoulder straps | Forward facing:<br>(a) Lap-belt tie-down strap (Assume crew members will be performing emergency duties; extremity restraint useless.) | Lap strap Shoulder straps Lap-belt tie-down strap Hand-holds Leg and ankle restraint |
| Passengers | Lap strap | Forward facing:<br>(a) Shoulder straps<br>(b) Lap-belt tie-down strap<br>(c) Hand-holds<br>(d) Emergency toe straps<br><br>Aft facing:<br>(a) Chest strap (axillary level)<br>(b) Hand-holds<br>(c) Emergency toe straps | (Same as above) |
| Berthed occupants | Lap strap | Feet forward:<br>Full-support webbing net<br>Athwart ships:<br>Full-support webbing net | No human experiments |

[1]Exceptionally strong seats employed for live experiments. Maximum exposure in live experiments generally required straps exceeding conventional strap strength and width.

57

Figure 1. - Sectional view establishing typical nomenclature for acceleration
components applied to the seated human body.



Figure 2. – Duration and magnitude of spineward acceleration endured by various subjects.

59

CB-8 back      E-345



(a) Seat belt, #9 nylon, 3" wide
(b) Shoulder strap, #10 nylon, $1\frac{3}{4}$" wide
(c) Leg strap, #9 nylon, 3" wide (inverted "V")
(Group K)

Acceleration →

(a) Seat belt, #9 nylon, 3" wide
(b) Shoulder straps, #10 nylon, $1\frac{3}{4}$" wide, two straps
(c) Leg strap, #9 nylon, 3" wide (inverted "V")
(d) B-8 Parachute back-pack type straps
(Group L)



(a) Seat belt, #9 nylon, 3" wide
(b) Shoulder strap, M-16 #8 nylon $1\frac{3}{4}$" wide
(Group D)

Note: Hand grips insufficient; wrist and foot ties used in all except preliminary runs. Slack emergency chest belt used in all runs.

Figure 3. - Significant harness arrangements studied in reference 12.

60



(a) Seat belt, #9 nylon, 3" wide
(b) Shoulder strap, #9 nylon, 3" wide
(c) Leg strap, #9 nylon, 3" wide (inverted "V")
        (Group I)

Note: Hand grips insufficient; wrist and foot ties used in all except preliminary runs. Slack emergency chest belt used in all runs.



(a) Seat belt, #9 nylon, 3" wide
(b) Shoulder strap, #9 nylon, 3" wide
(c) Leg strap, #9 nylon, 3" wide, two straps
        (Group H)



(a) Seat belt, #9 nylon, 3" wide
(b) Shoulder strap, #9 nylon, 3" wide, two straps
(c) Leg strap, #9 nylon, 3" wide, two straps
(d) Chest belt, #9 nylon, 3" wide
        (Group C)

Acceleration ⟶

Figure 3. - Concluded. Significant harness arrangements studied in reference 12.

Figure 4. - Body restraint required for maximum spineward human exposures on linear decelerator.  Thigh straps are obscured in this view (ref. 15).

62

Acceleration →



C-49910

Figure 5. – Inverted "V" thigh-strap arrangement with lap and
shoulder straps used in spineward human experiments.