

Figure 6. - Spineward acceleration record from experiments with hog subjects (ref. 9).

E-345



Figure 7.- Initial rate of change of spineward acceleration endured by various subjects.

64

65



Figure 8. - Variation of voluntary human tolerance to spineward
acceleration with method of total body support.



Figure 9. — Duration and magnitude of sternumward acceleration endured by various subjects.

67

E-345

CB-9 back



Acceleration

C-49909

**Figure 10.** – Seat showing $\frac{1}{2}$-inch felt padding used as seat-back cushion in aft-faced experiments.

68



Figure 11. - 150-G, 56-pound seat structure used in aft-faced seating experiments of reference 12.



Figure 12. - Illustration of head-restraint posture; head relative to shoulder for 35-G sternumward exposures (ref. 14).

69

70



Figure 13. - Restraint for 35-G sternumward exposures (ref. 14).

71



Figure 14. - Initial rate of change of sternumward acceleration endured by various subjects.

72



Figure 15. - Chimpanzee subject as restrained in aft-facing
seat for exposure to sternumward acceleration (ref. 9).

73

E-345

CB-10



Figure 16. - Support for aft-facing seating experiments.  Method of attaching
(A) head straps, (B) chest strap, (C) lap strap, and for measuring (D)
acceleration under seat (ref. 14).



Figure 17. - Duration and magnitude of headward acceleration endured by various subjects.

75

E-345

CB-10 back



Figure 18. - Desirable vertebral column alinement illustrated with
  face curtain drawn, prior to imposition of headward acceleration.
  Lap and shoulder straps restrain torso (ref. 26).

76



Figure 19. - Acceleration record from reference 17. Two 600-grain charges.

E-345



Figure 20. - Initial rate of change of headward acceleration endured by various subjects.

78



Faces of vertebra should
be approximately parallel
as on adjacent vertebra

Approximate
deformation or
angle of crushing

C-49897

**Figure 21.** - Example of wedge-shaped fracture resulting **from flexion**
**of vertebral** column during headward acceleration (ref. 25).

E-345



Figure 22. - Arm rests designed to relieve part of load on spine shown prior
to imposition of headward acceleration.  Lap and shoulder straps restrain
torso (ref. 26).

80



Figure 23. - Effect of head and neck alinement on tolerance to headward acceleration (revised from ref. 26).

E-345

CB-11



Acceleration

Start

C-49895

Figure 24. – Human subject unable to prevent undesirable neck flexion during imposition of headward acceleration. Lap and shoulder harness, arm rest restraint (ref. 26).

82



C-49896

Figure 24. - Concluded.  Human subject unable to prevent undesirable neck flexion
during imposition of headward acceleration.  Lap and shoulder harness, arm
rest restraint (ref. 26).

CB-11 back                                    E-345



Figure 25. – Variation of voluntary human tolerance to headward acceleration with method of body support (ref. 11).

84



Figure 26. - Torso-restraining straps required to increase human tolerance in ejection experiments (headward acceleration, ref. 11).



Figure 27. - Typical oscillograph record showing accelerations during experiment using face curtain (ref. 26).



Figure 28. — Duration and magnitude of uniform rearward acceleration endured by various subjects.

98

87



Figure 29. - Initial rate of change of tailward acceleration endured by various subjects.

88





Acceleration



C-49904

Figure 30. - Chimpanzee subject in restraining harness
for exposure to tailward acceleration (ref. 9).

89

E-345

Direction
of motion

Acceleration



C-49900

Figure 31. - Occupant movement from seat pan 6 inches
during tailward acceleration with conventional
lap- and shoulder-strap restraint (ref. 32).

90



Figure 32. - Lap-belt tie-down strap installation with conventional
lap and shoulder straps (ref. 32).

91

E-345

Direction
of motion

Acceleration



C-49899

Figure 33. - Occupant movement from seat pan reduced
to 3 inches during tailward acceleration when
lap-belt tie-down strap added to conventional
lap- and shoulder-strap restraint (ref. 32).

92



Figure 54. - Spinward acceleration of human subjects; frequency response as function of amplitude ratio. Period corrected to standard subject weight of 172 pounds (seat and subject = 232 lb).

93



Figure 35. – Spineward-acceleration injury levels. (Numbers are run numbers.)

| | |
|---|---|
| NASA MEMO 5-19-59E<br>National Aeronautics and Space Administration.<br>HUMAN TOLERANCE TO RAPIDLY APPLIED<br>ACCELERATIONS:  A SUMMARY OF THE LITERA-<br>TURE.  A. Martin Eiband.  June 1959.  ll, 93p.<br>diagrs., photos., tabs.<br>(NASA MEMORANDUM 5-19-59E)<br><br>Data applicable to space flight and to crash impact<br>forces were obtained from a literature survey and<br>analyzed and discussed.   These data are compared<br>and presented on the basis of a trapezoidal pulse to<br>show the effects of body restraint and of acceleration<br>direction, onset rate, and plateau duration on the<br>maximum tolerable magnitude of rapidly applied<br>accelerations.   Recommendations indicated by the<br>survey are made for increasing impact survivability<br>by use of adequate body support in both the forward-<br>and aft-facing seated positions.   A categorized bibli-<br>ography of information on human tolerance to rapidly<br>applied accelerations is included.<br><br>Copies obtainable from NASA, Washington | 1.  Safety                         (7.1)<br>2.  Operating Problems,<br>    Physiological          (7.8)<br>3.  Bibliographies and<br>    Indexes                   (11)<br>I.  Eiband, A. Martin<br>II. NASA MEMO 5-19-59E<br><br><br><br><br><br><br><br><br><br><br><br>NASA |
| NASA MEMO 5-19-59E<br>National Aeronautics and Space Administration.<br>HUMAN TOLERANCE TO RAPIDLY APPLIED<br>ACCELERATIONS:  A SUMMARY OF THE LITERA-<br>TURE.  A. Martin Eiband.  June 1959.  ll, 93p.<br>diagrs., photos., tabs.<br>(NASA MEMORANDUM 5-19-59E)<br><br>Data applicable to space flight and to crash impact<br>forces were obtained from a literature survey and<br>analyzed and discussed.   These data are compared<br>and presented on the basis of a trapezoidal pulse to<br>show the effects of body restraint and of acceleration<br>direction, onset rate, and plateau duration on the<br>maximum tolerable magnitude of rapidly applied<br>accelerations.   Recommendations indicated by the<br>survey are made for increasing impact survivability<br>by use of adequate body support in both the forward-<br>and aft-facing seated positions.   A categorized bibli-<br>ography of information on human tolerance to rapidly<br>applied accelerations is included.<br><br>Copies obtainable from NASA, Washington | 1.  Safety                         (7.1)<br>2.  Operating Problems,<br>    Physiological          (7.8)<br>3.  Bibliographies and<br>    Indexes                   (11)<br>I.  Eiband, A. Martin<br>II. NASA MEMO 5-19-59E<br><br><br><br><br><br><br><br><br><br><br><br>NASA |